UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 AUG 23 P 1:51
U.S. DISTRICT COURT
DISTRICT OF MASS

MAGISTRATE JUDGE Bowler CASE NO.

05 - 11746 GAO

GMAC MORTGAGE CORPORATION,

Plaintiff,

v.

JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,

Defendants.

RECEIPT # 66467
AMOUNT $ 250
SUMMONS ISSUED Y
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. TOM
DATE 8/24/05

**COMPLAINT IN INTERPLEADER**
**(Mortgage Foreclosure Surplus Proceeds)**

## INTRODUCTION

This action is being brought after a foreclosure sale on a property located at 7A Graham Avenue, Newbury, MA. GMAC Mortgage Corporation, the foreclosing mortgagee, (hereinafter referred to as "GMAC") is currently holding surplus funds that it would like to pay into Court. GMAC further requests that it be discharged from any further obligation involving this matter. The Defendants named herein all have competing and contested claims to the Surplus.

In the above action, GMAC Mortgage Corporation respectfully represents:

## PARTIES

1. The Plaintiff, GMAC, is a corporation having its usual place of business at 500 Enterprise Road, Suite 150, Horsham, PA 19044.

2. The Defendant, Jeffrey L. Bayko, Sr., is upon information and belief, an individual c/o Attorney Gary Evans, 58 Main Street, Topsfield, MA 01983.

3. The Defendant, Lisa J. Bayko, is upon information and belief, an individual c/o Attorney Charles D. Rotondi, 79 State Street, Newburyport, MA 01950.

4. The Defendants, Helen E. Bayko and Michael J. Bayko, are upon information and belief, individuals c/o Attorney Timothy Sullivan, 451 Andover Street, Suite 185, North Andover, MA 01845.

5. The Defendant, Hans R. Hailey, is upon information and belief, an individual with a last known address of 225 Friend Street, Boston, MA 02114.

6. The Defendant, The United State of America, is upon information and belief, a federal agency with a usual business address of the Internal Revenue Services, P.O. Box 9112, Stop 20800, Boston, MA 02203.

**FACTS**

7. Plaintiff, GMAC, was the holder by assignment of a first mortgage given by Jeffrey L. Bayko and Lisa J. Bayko to The Family Mutual Savings Bank, dated May 20, 1993 and recorded with the Essex County (Southern District) Registry of Deeds at Book 11897, Page 525, securing the real estate located at 14A Graham Avenue, Newbury, MA 01951 ("the property").

8. On March 12, 2004, GMAC foreclosed on the mortgaged property by public auction.

9. The mortgaged property was sold to a third party for $307,500.00.

10. Upon completion of the mortgage foreclosure sale and payment to the first mortgage holder, GMAC was left holding $186,742.59 in surplus funds, which

funds were placed in an interest bearing account maintained by its counsel, Harmon Law Offices, P.C.

11. Lisa Bayko and Jeffrey Bayko, the former mortgagors are divorced. Each has claimed a 50% interest in the Surplus, subject to claims against their respective interests by other creditors. Thus, each has claimed a respective share of the surplus in the sum of $93,371.29.

12. On or about May 12, 2005, Plaintiff released funds in the amount of $10,220.90 to the Massachusetts Department of Revenue. These funds were paid out of "Lisa's" share of the proceeds, but without prejudice to her right to claim that these funds should have been paid out of Jeffrey's share. These funds were tendered in full payment of the Department of Revenue's lien on the property

13. On or about May 12, 2005, Plaintiff released funds in the amount of $54,978.35 to Christine Faro, as counsel for Lisa Bayko. This amount represents an uncontested portion of the surplus due to Lisa Bayko. In addition, due to this payment to Lisa Bayko, attorney liens held by Christine Faro and Charles D. Rotondi were deemed satisfied.

14. On or about June 23, 2005, Plaintiff entered into an Indemnification Agreement with Banknorth Group, holder of an uncontested second mortgage on the property, and released funds to Banknorth Group in the amount of $22,090.00.

15. On or about August, 2005, Plaintiff released additional uncontested funds to Lisa Bayko in the sum of $955.00..

16. As a result of these partial payments, there is a surplus now held by the Plaintiff in the amount of $100,616.36, including accrued interest on the account. See Exhibit "A" attached hereto.

17. The remaining surplus consists of "Jeffrey Bayko's" contested share in the sum of $82,326.29 ( $93,371.29 less ½ of the $22,090 paid to BankNorth), and the remainder of Lisa Bayko's share, and accrued interest.. Plaintiff will seek to recover its fees and costs for this surplus administration out of Lisa Bayko's remaining share.

18. The following persons and entities appear of record to be all of the persons or entities having a remaining interest in said funds held by GMAC, to wit:

(a) The Defendant, Jeffrey L. Bayko, Sr., is the former holder of the equity of redemption.

(b) The Defendant, Lisa J. Bayko, is the former holder of the equity of redemption.

(c) The Defendants Michael J. Bayko and Helen E. Bayko are the holders of a third mortgage dated July 19, 2002 in the sum of $43,360.00, which mortgage was recorded in Book 19056, page 153 on August 12, 2002..

(d) The Defendants, Michael J. Bayko and Helen E. Bayko, are the holders of a fourth mortgage dated May 25, 2003, in the original principal balance of $6,300.00, which mortgage was recorded in Book 21193, Page 386 on July 8, 2003..

(e) The Defendant, Hans R. Hailey, is the holder of an Attorney's Lien dated February 6, 2003 and recorded February 10, 2003 in the Essex County Registry of Deeds at Book 20139, Page 71.

(f) The Defendant, The United States of America, is the holder of a federal tax lien dated May 1, 2003 and recorded on June 3, 2003 in the Essex County Registry of Deeds at Book 20949, Page 90 in the original amount of $47,196.80. Upon information and belief, the IRS holds numerous other liens against Jeffrey L. Bayko.

**WHEREFORE**, the Plaintiff, GMAC Mortgage Corporation, prays that:

1. The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;
2. That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;
3. That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $100,616.36, less its fees and costs incurred in this Interpleader Action, into this Court;
4. That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;
5. That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and
6. For such other and further relief as this Court deems just and proper.

**GMAC MORTGAGE CORPORATION,**
By its Attorney,

[signature]

David M. Rosen, Esquire
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

Dated: 8/19/05

# EXHIBIT A

# HLO - Citizens - Client Escrow

*Register: 2003010740*

*From 01/01/2005 through 08/19/2005*

*Sorted by: Date, Type, Number/Ref*

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 188,094.34 |
| 01/31/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 159.62 | | | 188,238.63 |
| 02/28/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 144.29 | | | 188,398.50 |
| 03/31/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 159.87 | | | 188,553.35 |
| 04/29/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 154.85 | | | 243,531.70 |
| 05/12/2005 | void3491 | Christine Faro as cousel ... | Citizens Bank Acct. #11031... | | 54,978.35 | | | 233,310.80 |
| 05/12/2005 | 3490 | Massachusetts Departme... | Citizens Bank Acct. #11031... | | | | 10,220.90 | 178,332.45 |
| 05/12/2005 | 3491 | Christine Faro as cousel ... | Citizens Bank Acct. #11031... | | | | 54,978.35 | 123,354.10 |
| 05/12/2005 | 3492 | Christine Faro as counsel... | Citizens Bank Acct. #11031... | | | | 54,978.35 | 123,478.52 |
| 05/31/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 124.42 | | | 101,388.52 |
| 06/23/2005 | 3531 | Banknorth, N.A.*******... | Citizens Bank Acct. #11031... | | | | 22,090.00 | 101,485.17 |
| 06/30/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 96.65 | | | 101,571.36 |
| 07/29/2005 | dep | Interest**************... | Citizens Bank Acct. #11031... | | 86.19 | | | 100,616.36 |
| 08/05/2005 | 3571 | Lisa Bayko***********... | Citizens Bank Acct. #11031... | | | | 955.00 | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) GMAC Mortgage Corporation v. Jeffrey L. Bayko, Sr. et al

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

☐ I. 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

☐ II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

☐ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

☑ IV. 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

☐ V. 150, 152, 153.



3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES ☐ NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES ☐ NO ☑

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES ☑ NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES ☐ NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES ☐ NO ☑

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division ☐ Central Division ☐ Western Division ☐

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division ☑ Central Division ☐ Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES ☐ NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME David M. Rosen, Esq.
ADDRESS Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389
TELEPHONE NO. (6170 558-0500

(CategoryForm.wpd - 5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CLERKS OFFICE
2005 AUG 23
U.S. DISTRICT COURT
DISTRICT OF MASS

**I. (a) PLAINTIFFS**

GMAC Mortgage Corporation

**DEFENDANTS**

Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen E. Bayko, Michael J. Bayko, Hans R. Hailey, and the United States of America

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David M. Rosen, Esq., Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389

Attorneys (If Known)

Gary Evans, 58 Main St., Topsfield, MA 01983; Charles D. Rotundi, 79 State St. Newburyport, MA 01950; Timothy Sullivan,

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☒ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):

Brief description of cause:
Plaintiff is currently holding surplus funds after foreclosure that it would like to pay into court and be furth

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE George A. O'Toole, Jr. DOCKET NUMBER 1:04-cv-12448-GAO

DATE 8/17/05 SIGNATURE OF ATTORNEY OF RECORD David M. Rosen, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE