UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>    Plaintiff<br><br>v.<br><br>JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,<br>    Defendants | |

### DEFENDANT HANS R. HAILEY'S ANSWER TO COMPLAINT IN INTERPLEADER AND CROSS-CLAIM

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9.  Admitted.

10.  Admitted.

11.  Admitted.

12.  Admitted.

13.  Admitted.

14.  Admitted.

15.  Admitted.

16.  Admitted.

17.  Admitted.

18.  Admitted.

**Wherefore**, the Defendant, Hans R. Hailey, requests the court order that:

(1) The Defendants be ordered to appear and present their claims, if any to the surplus funds;

(2) The rights of the Defendants be determined by this Court as to the surplus funds paid into the Court

(3) [Deliberately blank.]

(4) The Plaintiff be permitted to pay all surplus funds held by it in the amount of $100,616.36, less its fees and costs incurred in this Interpleader Action, and such fees and costs to come from Lisa J. Bayko's remaining share of the surplus funds;

(5) This action be dismissed as to the Plaintiff;

(6) Any such other relief as this Court deems just and proper.

## CROSS-CLAIM

19. Defendant/Plaintiff-in-Cross Claim Hans R. Hailey incorporates by reference paragraphs 1 through 18.

20. The Defendant/Plaintiff-in-Cross Claim Hans R. Hailey attorney's lien is for the amount of $33,902.24. His Affidavit is attached hereto as Exhibit One and incorporated herein by reference.

**Wherefore,** the Defendant/Plaintiff-in-Cross Claim Hans R. Hailey demands the court order that:

(1) Defendant/Plaintiff-in-Cross Claim Hans R. Hailey attorney's lien be established in the amount of $33,902.24;

(2) The Defendant Jeffrey L. Bayko Sr.'s equity share be established in the amount of $82,326.29;

(3) the Defendants be paid from the Defendant Jeffrey L. Bayko Sr.'s equity share of $82,326.29 in the following order;

    (a) Defendants Michael J. Bayko and Helen E. Bayko, holders of the third mortgage dated July 19, 2002 in the sum of $43, 360.00, which was recorded in Book 19056, Page 153 on August 12, 2002;

    (b) Defendant Hans R. Hailey's Attorney's Lien dated February 6, 2003 in the sum of $33,902.24, which was recorded on February 10, 2003 in the Essex County Registry of Deeds at Book 20139, Page 71;

(c) Defendant United States of America, holder of a federal tax lien dated May 1, 2003 and recorded on June 3, 2003 in the Essex County Registry of Deeds at Book 20949 on June 3, 2003;

(d) Defendants Michael J. Bayko and Helen E. Bayko, holders of the fourth mortgage dated May 25, 2003 which was recorded in Book 21193, Page 386 on July 8, 2003;

(e) Defendant Jeffrey L. Bayko, Sr., holder of equity redemption; and

(f) Lisa J. Bayko, holder of equity redemption;

(4) the balance of the funds held by GMAC be distributed in the following order;

(a) to Plaintiff GMAC for its reasonable costs, expenses and attorney's fees; and

(b) to Defendant, Lisa J. Bayko, holder of equity redemption and;

(5) Any such other relief that the Court deems just and proper.

Dated: September 16, 2005

Respectfully submitted,
By the Defendant/Plaintiff-in Crossclaim:

*/s/ Hans R. Hailey*
Hans R. Hailey
Law Offices of Hans R. Hailey
225 Friend Street, 5th Floor
Boston, Massachusetts 02114
617-723-4010

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXHIBIT One

CASE NO. 05-11746GAO

GMAC MORTGAGE
CORPORATION,
   Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J.
BAYKO, HELENE. BAYKO,
MICHAEL J. BAYKO, HANS R.
HAILEY, AND THE UNITED
STATES OF AMERICA,
   Defendants

## AFFIDAVIT OF HANS R. HAILEY

I, Hans R. Hailey, being duly sworn, depose and say:

1.    I am a member in good standing of the Massachusetts bar. I have been engaged in the practice of law for twenty-eight years. A substantial portion of my practice throughout these years has involved domestic relations matters. In fact, the majority of my practice for the last several years has been in the area of domestic relations. I have authored a book on the subject (*So You Think You Have Better Things To Do Than Stay Married*) and I frequently speak publicly on this subject on radio and television.

2. I practice law as the Law Offices of Hans R. Hailey. My principal office is located at 225 Friend Street, Boston, Massachusetts.

3. My office represented Jeffrey L. Bayko in his divorce action, *Bayko v. Bayko* Essex Probate and Family Court No. 02D-3258-DV1.

4. My office represented Mr. Bayko pursuant to a written fee agreement.

5. The time required for each service rendered is normally recorded immediately after the completion of such service. In my office, I am ultimately responsible for keeping these records.

6. The Defendant has made no payment towards his outstanding balance for several years.

7. The total charges and expenses owed by the Defendant through September 16, 2005 are $33,902.24.

Signed under the pains and penalties of perjury this 16th day of September, 2005.

*Hans R. Hailey* (signature)
Hans R. Hailey

Affidavit of Hans R. Hailey
Page 2 of 2 Pages