IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GMAC MORTGAGE COMPANY,<br>    Plaintiff<br><br>V.<br><br>JEFFREY L. BAYKO, SR., LISA J.<br>BAYKO, MICHAEL J. BAYKO,<br>HELEN BAYKO, HANS HAILEY,<br>THE UNITED STATES OF AMERICA,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-11746 GAO<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE FOR
## LISA BAYKO

Please enter the appearance of Christine Ann Faro, 79 State Street, Newburyport, MA 01950 as attorney for Lisa Bayko in the above-referenced proceeding.

The Defendants, Lisa J.
Bayko, by her Counsel,

_____
CHRISTINE ANN FARO
BBO # 552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendants, hereby certify that on this 23rd day of September, I served a copy of the Defendant's Lisa J. Bayko, Answer and Cross-Claim to the Plaintiff's Complaint upon the parties of record by serving a copy of the same upon their counsel of record by first class mail, postage prepaid.

_____
CHRISTINE ANN FARO

Attorney David M. Rosen
Harmon Law Office
P.O. Box 610389
Newton Highlands, MA 02461-0389

Attorney Hans Hailey
225 Friend Street
Boston, MA 02144

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Attorney Timothy Sullivan
Andover Law, P.C.
451 Andover Street
North Andover, MA 01845

Jeffrey Bayko
C/O Gary Evans
8 Prospect Street
Georgetown, MA
01833