IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12448GAO

| | |
|---|---|
| GMAC MORTGAGE CORP., <br> Plaintiff <br> <br> v. <br> <br> JEFFREY L. BAYKO, SR., LISA J. BAYKO, <br> HELEN E. BAYKO, MICHAEL J. BAYKO, <br> HANS R. HAILEY, and UNITED STATES OF <br> AMERICA, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

NOW COMES, Attorney Timothy D. Sullivan, and files his Notice of Appearance on behalf of Michael and Helen Bayko in the above-captioned matter.

Respectfully submitted,                                         Date: 09/27/05

_____
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO No. 563244

## CERTIFICATE OF SERVICE

I, Timothy D. Sullivan, Esq. do hereby certify that on this 27th day of September, 2005, I served the foregoing Notice of Appearance, by mailing a copy first class mail, postage prepaid to: Attorney David M. Rosen, Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389, attorney for GMAC Mortgage Corporation; Jeffrey L. Bayko, Sr. c/o Attorney Gary Evans, 58 Main Street, Topsfield, MA 01983; Lisa Bayko Attorney Christine Faro, 79 State Street, Newburyport, MA 01950; Attorney Hans Hailey, 225 Friend Street, Boston, MA 02114; and Atty. Barbara Healy Smith, Assistant United States Attorney, U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____
Timothy D. Sullivan, Esq.