

**UNITED STATES DISTRICT COURT**

DISTRICT OF MASSACHUSETTS

Docket # 05-11746 GAO

|  |  |
|---|---|
| GMAC Mortgage Corporation,<br>    Plaintiff,<br>v.<br>Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen<br>E. Bayko, Michael J. Bayko, Hans R. Hailey<br>and The United States of America<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER TO CROSS-CLAIM OF HANS R. HAILEY**
**HELEN E. BAYKO AND MICHAEL J. BAYKO**

Now come Helen E. Bayko and Michael J. Bayko and Answer the cross-claim of Hans R. Hailey as follows:

GENERAL OBJECTION
Helen and Michael Bayko object to the cross-claim for the failure to name a defendant in cross-claim.

RESPONSE TO PARAGRAPHS AS NUMBERED IN CROSS-CLAIM

19. Defendant/Plaintiff-in-Cross Claim Hans R. Hailey incorporates by reference paragraphs 1 through 18.

Answer
19. General Denial. Paragraphs 1-18 are Hans Hailey's response to the Complaint in this matter. Helen E. Bayko and Michael J. Bayko refer to their Answer to the Complaint for specific response.

20. The Defendant/Plaintiff-in-Cross Claim Hans R. Hailey attorney's lien is for the amount of $33,902.24. His Affidavit is attached hereto as Exhibit One and incorporated herein by reference.

Answer
20. Admit that Hans R. Hailey has an attorney's lien which was filed in the Essex South Registry

of Deeds. Deny all other allegations herein.

To the extent that any of the demands which follow constitute a claim or count, Helen E. Bayko and Michael J. Bayko deny them and call upon Atty. Hailey to prove same.

Respectfully submitted, Date: September 28, 2005
Michael J. Bayko and Helen E. Bayko
by their attorney,

_____
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO# 563244

**CERTIFICATE OF SERVICE**

I, Timothy D. Sullivan, Esq. do hereby certify that on this 28th day of September, 2005, I served the foregoing Answer to Cross-Claim of Hans R. Hailey, by mailing a copy first class mail, postage prepaid to: Attorney David M. Rosen, Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389, attorney for GMAC Mortgage Corporation; Jeffrey L. Bayko, Sr. c/o Attorney Gary Evans, 58 Main Street, Topsfield, MA 01983; Attorney Christine Ann Faro, 79 State Street, Newburyport, MA 01950 for Lisa J. Bayko; Attorney Hans Hailey, 225 Friend Street, Boston, MA 02114; and Atty. Barbara Healy Smith, Assistant United States Attorney, U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____
Timothy D. Sullivan, Esq.