UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

---

**GMAC MORTGAGE CORPORATION,**

  Plaintiff,

v.

**JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,**
  Defendants.

---

## ACCEPTANCE OF SERVICE
## FOR HELEN E. BAYKO AND MICHAEL J. BAYKO

The undersigned hereby accepts service of the Summons, Complaint and Civil Action Cover Sheet in the above-referenced action.

_____
Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, MA 01845

Dated: September /5, 2005

Q:\LNR\Word\DMR letters\Bayko-Sullivan acceptanceof service.doc

AO 440 (Rev. 10/93) Summons in a Civil

# UNITED STATES DISTRICT COURT

District of Massachusetts

GMAC Mortgage Corporation

V.

Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen E. Bayko, Michael J. Bayko, Hans R. Hailey, and the United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11746 G

TO: (Name and address of Defendant)

Helen E. Bayko
c/o Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, MA 01845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Rosen, Esq., Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 24 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil

# UNITED STATES DISTRICT COURT

District of Massachusetts

GMAC Mortgage Corporation

V.

Jeffrey L. Bayko, Sr., Lisa J. Bayko,
Helen E. Bayko, Michael J. Bayko, Hans
R. Hailey and the United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 11746 GAO

TO: (Name and address of Defendant)

Michael J. Bayko
c/o Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, MA 01845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Rosen, Esq., Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389

an answer to the complaint which is herewith served upon you, within ___Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

AUG 2 4 2005

CLERK                                   DATE

(By) DEPUTY CLERK