UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

**GMAC MORTGAGE CORPORATION,**

    Plaintiff,

v.

**JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,**
    Defendants.

## ACCEPTANCE OF SERVICE
## FOR HANS R. HAILEY, ESQ.

The undersigned hereby accepts service of the Summons, Complaint and Civil Action Cover Sheet in the above-referenced action.

*/s/ Hans R. Hailey*
Hans R. Hailey, Esq.
225 Friend Street
Boston, MA 02114

Dated: September 16, 2005

Q:\LNR\Word\DMR letters\Bayko-Hailey acceptanceof service.doc

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ~~Massachusetts~~

GMAC Mortgage Corporation

V.

Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen E. Bayko, Michael J. Bayko, Hans R. Hailey, and the United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11746 GAO

TO: (Name and address of Defendant)

Hans R. Hailey, Esq.
225 Friend St.
Boston, MA 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David M. Rosen, Esq., Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02461-0389

an answer to the complaint which is herewith served upon you, within ____twenty____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DATE: AUG 24 2005

CLERK

(By) DEPUTY CLERK