# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

GMAC MORTGAGE CORPORATION,
  Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,
  Defendants

### DEFENDANT HANS R. HAILEY'S ANSWER TO CROSS-CLAIM OF LISA BAYKO

19. The Defendant/Plaintiff-in-Cross Claim Hans R. Hailey ("Hailey") admits that in paragraph 19, Lisa Bayko ("Bayko") incorporates paragraphs 1 through 18 of the plaintiff GMAC Mortgage Company's Complaint.

20. Hailey admits that a Judgment of Divorce Nisi entered on May 24, 2002. However, Hailey does not have that Judgment available to him at the time of preparing this Answer. Hailey is therefore without sufficient knowledge to admit or deny the allegations and therefore denies them.

21. Hailey is without sufficient knowledge to admit or deny the allegations of paragraph 21 and therefore denies them.

22. Hailey is without sufficient knowledge to admit or deny the allegations of paragraph 22 and therefore denies them.

23. Hailey is without sufficient knowledge to admit or deny the allegations of paragraph 23 and therefore denies them.

24. Hailey admits that he represented Jeffrey Bayko in the divorce proceedings. However, Hailey's appearance was withdrawn on November 6, 2003. Hailey therefore denies the remaining allegations of paragraph 24.

25. Hailey admits that Jeffrey Bayko executed two mortgages to his parents. Hailey denies the remaining allegations of paragraph 25.

26. Admitted.

27. Hailey is without sufficient knowledge to admit or deny the allegations of paragraph 21 and therefore denies them.

28. Hailey is without sufficient knowledge to admit or deny the allegations of paragraph 28 and therefore denies them.

## AFFIRMATIVE DEFENSES

A. Hailey's Attorney's Lien dated February 6, 2003 was recorded on February 10, 2003 and takes priority over any lien held by Lisa Bayko.

B. The Cross Claim of Lisa Bayko fails to state a claim upon which relief may be granted.

**Wherefore,** Hailey demands that the court dismiss the Cross Claim of Lisa Bayko.

Dated:  October 7, 2005

Respectfully submitted,
By the Defendant/Plaintiff-in Crossclaim:

*Hans R. Hailey*

Hans R. Hailey
Law Offices of Hans R. Hailey
225 Friend Street, 5th Floor
Boston, Massachusetts 02114
617-723-4010

## CERTIFICATE OF SERVICE

I, Hans R. Hailey, hereby certify that on this day I served the foregoing documents by mailing copies of same to:

1. David M. Rosen, Esq., Harmon Law Offices, P.C., P.O. Box 610389, Newton Highlands, MA 02476-0389;
2. Mr. Jeffrey L. Bayko, Sr. c/o Gary Evans, Esq., 58 Main St., Topsfield, MA 01983;
3. Christine Faro, Esq., 79 State St., Newburyport, MA 01950;
4. Timothy Sullivan, Esq., 451 Andover St., Suite 185, North Andover, MA 01845;
5. The United States of America, Internal Revenue Services, P.O. Box 9112, Stop 20800, Boston, MA 02203.

Dated: October 7, 2005

*Hans R. Hailey*
Hans R. Hailey