IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY,<br>Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| JEFFREY L. BAYKO, SR., LISA J.<br>BAYKO, MICHAEL J. BAYKO,<br>HELEN BAYKO, HANS HAILEY,<br>THE UNITED STATES OF AMERICA,<br>Defendant | ) CIVIL ACTION NO. 05-11746 GAO<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT LISA BAYKO'S
### ANSWER TO THE CROSS CLAIM OF ATTORNEY HANS HAILEY

19.  No response required.

20.  The Defendant is without knowledge and therefore neither admits not denies the allegation as stated in paragraph twenty of the Defendant's Cross Claim.

#### FIRST AFFRIMATIVE DEFENSE

The Judgment of Divorce Nisi (Lisa Bayko v. Jeffrey Bayko Essex County Probate & Family Court Docket No. 01 D 875 DV1) which incorporates the Separation and notarized by the Defendant Hans Hailey is dated May 24, 2002 prior to any lien by the Defendant Hans Hailey or any of the other alleged secured interests in this action and should be enforced.

#### SECOND AFFRIMATIVE DEFENSE

The Defendant should be denied any relief because of unclean hands as the Defendant Hans Hailey signed, witnessed stipulations in the matter of Lisa Bayko v. Jeffrey Bayko Essex County Probate & Family Court Docket No. 01 D 875 DV1 that were entered as Orders and Judgments of the Probate & Family Court whereby he represented that Lisa Bayko would be aid out of Jeffrey Bayko share of the house proceeds.

## THIRD AFFRIMATIVE DEFENSE

The Defendant Hans Hailey Cross Claim fails to state a claim upon which relief can be granted.

> The Defendants, Lisa J.
> Bayko, by her Counsel,
>
> _____
> CHRISTINE ANN FARO
> BBO # 552541
> 79 State Street
> Newburyport, MA 01950
> (978) 462-4833

## CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendants, hereby certify that on this 14th day of October, I served a copy of the Defendant, Lisa J. Bayko's, Answer to the Cross Claim of Hans Hailey upon the parties of record by serving a copy of the same upon their counsel of record by first class mail, postage prepaid.

_____
CHRISTINE ANN FARO

Attorney David M. Rosen
Harmon Law Office
P.O. Box 610389
Newton Highlands, MA 02461-0389

Attorney Hans Hailey
225 Friend Street
Boston, MA 02144

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044