UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO



| GMAC MORTGAGE CORPORATION, |
| :--- |
| **Plaintiff,** |
| v. |
| JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA, |
| **Defendants.** |

**MOTION TO DEPOSIT SURPLUS FUNDS INTO COURT AND WITHDRAW**

Now comes the Plaintiff, GMAC Mortgage Corporation, and moves pursuant to the Federal Rules of Civil Procedure to deposit into Court the surplus funds, plus all accrued interest, minus attorney's fees and costs it has incurred in connection with the filing and prosecution of this interpleader action.

As grounds therefor, the Plaintiff states:

1. Plaintiff is holding surplus funds after completion of a mortgage foreclosure sale of real estate previously owned by Jeffrey Bayko and Lisa Bayko.

2. Plaintiff has no right, title or interest to the net surplus funds, except for its claim for attorneys' fees and costs.

3. The Plaintiff currently holds the sum of $100,616.36, plus accrued interest, in surplus funds in an interest bearing escrow account. The Plaintiff requests the Court's approval to retain the sum of $7,000.00 to cover its costs and attorney's fees incurred in connection with this interpleader action. Plaintiff's actual fees and costs exceed this

amount, but Plaintiff is prepared to accept $7,000.00. An affidavit of Attorneys' Fees and Costs is attached hereto as Exhibit A.

4. The requested fees and costs would come from Lisa Bayko's share of the surplus. Thus, the IRS should have no objection since it has no claim against Lisa Bayko.

**WHEREFORE,** GMAC Mortgage Corporation respectfully requests this Court allow its Motion to Deposit Surplus Funds in the amount of $100,616.36, plus accrued interest, less attorney's fees and costs in the amount of $7,000.00 into this Honorable Court and thereby be dismissed from the action and discharged from all further liabilities as to the Defendants.

Respectfully submitted,
**GMAC MORTGAGE CORPORATION,**
By its Attorneys,

David M. Rosen
BBO#552866
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02161
(617) 558-0500

DATED: November 7, 2005
Q:\LNR\Word\DMR letters\Bayko- motion to deposit.doc

**HARMON LAW OFFICES, P.C.**
150 CALIFORNIA STREET
NEWTON, MASSACHUSETTS 02458

MAILING ADDRESS:
P.O. BOX 610389
NEWTON HIGHLANDS, MA 02461-0389

TEL (617) 558-0500
FAX (617) 244-7304

SERVING MASSACHUSETTS, NEW HAMPSHIRE AND RHODE ISLAND

November 3, 2005

GMAC Mortgage Corporation

Re: GMAC Mortgage Corporation v. Jeffrey Bayko

---

FOR PROFESSIONAL SERVICES RENDERED IN CONNECTION WITH THE ABOVE REFERENCED MATTER

| | |
|---|---|
| INTERPLEADER ACTION | $ 7,489.00 (courtesy discount to $6,148.16) |

Disbursements:

| | | |
|---|---|---|
| Filing Fee: | $595.00 | |
| Sheriff's Service: | $246.84 | |
| Overnight Mail: | $ 10.00 | |
| | | $   851.84 |

| | |
|---|---|
| TOTAL DUE | $ 7,000.00 |