UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

| | |
|---|---|
| GMAC MORTGAGE CORPORATION, | |
| Plaintiff, | |
| v. | |
| JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA, | |
| Defendants. | |

### AFFIDAVIT OF ATTORNEY'S FEES AND COSTS

I, David M. Rosen, being sworn under oath, do hereby depose and state:

1. I am counsel for the Plaintiff, GMAC Mortgage Corporation;

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts, and I am an associate at Harmon Law Offices, P.C. I submit this affidavit in support of the request for attorney fees and costs;

3. The Plaintiff's fees to date for prosecution of this Interpleader action are $7,000.00 costs for filing fees, overnight mail and service of the summons. See Exhibit A attached hereto.

4. The Defendants are not infants or incompetent persons.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS _4__ day of November, 2005.

_____
David M. Rosen, Esq.

## EXHIBIT "A"

| | |
|---|---|
| LEGAL FEES IN CONNECTION WITH INTERPLEADER ACTION: | $ 7,489.00 (courtesy discount to $6,148.16) |
| FILING FEE: | $ 595.00 |
| OVERNIGHT MAIL | $ 10.00 |
| SHERIFF'S SERVICE: | $ 246.84 |
| **TOTAL:** | $ 7,000.00 |

## CERTIFICATE OF SERVICE

I, David M. Rosen, hereby certify that true copies of the Motion to Deposit Surplus Funds Into Court and Withdraw and Affidavit of Attorney's Fees and Costs were served on November 10, 2005 by mailing via first class mail, postage prepaid, to:

Timothy Sullivan, Esq.
451 Andover Street
Suite 185
North Andover, MA 01845

Hans R. Hailey, Esq.
225 Friend Street
Boston, MA 02114

Christine Faro
79 State Street
Newburyport, MA 01950

Lydia Bottome Turanchik, Esq.
U.S. Department of Justice
Tax Division
Ben Franklin Station
Washington, DC 20044

Barbara Healy Smith, Esq.
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Jeffrey L Bayko, Sr.
c/o Essex County Correctional Alternative Center (Lawrence)
165 Marston Street
Lawrence, MA 01841

_____
David M. Rosen, Esq.