IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, )<br>Plaintiff )<br> )<br>V. )<br> )<br> ) CIVIL ACTION NO. 05-11746-GAO<br>JEFFREY L. BAYKO, SR., LISA J. )<br>BAYKO, MICHAEL J. BAYKO, )<br>HELEN BAYKO, HANS HAILEY, )<br>THE UNITED STATES OF AMERICA, )<br>Defendant )<br> ) | |

**LISA BAYKO'S PARTIAL OPPOSITION TO THE
PLAINTIFF, GMAC'S, MOTION TO DEPOSIT SYURPLUS
FUNDS INTO THE COURT AND WITHDRAW**

Now comes the Defendant Lisa Bayko and hereby partially opposes the Plaintiff, GMAC's, Motion to Deposit the Surplus Funds into the Court and Withdraw. The reasons for said opposition are as follows:

1. The Plaintiff seeks to be paid for costs associated with the interpleader action, $7,000.00, out of Defendant Lisa Bayko's share of the proceeds. The Defendant Lisa Bayko should be not solely responsible for the costs associated out of this action and argues that the costs be shared equally by Jeffrey Bayko or any other party Defendant that recovers in this action. The interpleader action involves proceeds from the foreclosure of a residence, 7A Graham Ave., Newbury, Massachusetts that was owned

1

jointly by the parties. The foreclosure was precipitated by Jeffrey Bayko's failure to pay child support that rendered the defendant Lisa Bayko unable to pay the mortgage.

2. It would be unfair and inequitable for the total amount of attorneys fees to be paid by the Defendant Lisa Bayko, especially in light of the fact that she paid unpaid taxes owed by the Defendant Jeffrey L. Bayko, Sr. to the Commonwealth of Massachusetts, out of her undisputed share of the proceeds to remove the jurisdictional issue so that the parties could proceed in an interpleader action in this Court. Lisa Bayko did so reserving the right to seek recourse against Jeffrey Bayko's share of the proceeds.

**WHEREFORE**, the Defendant Lisa Bayko respectfully requests that the partially deny the Plaintiff's motion with respect to the payment of Attorney fees.

The Defendants, Lisa J. Bayko, by her Counsel,

CHRISTINE ANN FARO
BBO # 552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

## CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendants, hereby certify that on this 9th day of November, 2005 I served a copy of the Defendant, Lisa J. Bayko's, Partial Opposition to the Plaintiff GMAC Motion to Deposit Surplus Funds into the Court and Withdraw upon the parties of record by serving a copy of the same upon their counsel of record by first class mail, postage prepaid.

CHRISTINE ANN FARO

Attorney David M. Rosen
Harmon Law Office
P.O. Box 610389
Newton Highlands, MA 02461-0389

Attorney Hans Hailey
225 Friend Street
Boston, MA 02144

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Attorney Timothy Sullivan
Andover Law, P.C.
451 Andover Street
North Andover, MA 01845

Jeffrey Bayko
C/O Gary Evans
8 Prospect Street
Georgetown, MA
01833