**UNITED STATES DISTRICT COURT**

DISTRICT OF MASSACHUSETTS                          Docket # 05-11746 GAO

|  |  |
|---|---|
| GMAC Mortgage Corporation, )<br>  Plaintiff, )<br>v. )<br>Jeffrey L. Bayko, Sr., Lisa J. Bayko, Helen )<br>E. Bayko, Michael J. Bayko, Hans R. Hailey )<br>and The United States of America )<br>  Defendants )<br>) | |

ANSWER TO CROSS-CLAIMS OF LISA BAYKO
BY
HELEN E. BAYKO AND MICHAEL J. BAYKO

Now come Helen E. Bayko and Michael J. Bayko and Answer the crossclaims of Lisa Baykoas follows:

The crossclaims of Lisa Bayko are vaguely articulated, fail to name a defendant and fail to state a claim for which relief may be granted. Further, it appears that there is no claim against Helen E. Bayko or Michael J. Bayko.

To the extent that Lisa Bayko makes any claims against Helen E. Bayko or Michael J. Bayko, or against any property interest that they possess, Helen E. Bayko and Michael J. Bayko deny the claims and call upon Lisa Bayko to prove the same.

Respectfully submitted,                                           Date:   December 20, 2005
Michael J. Bayko and Helen E. Bayko
by their attorney,

_____
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO# 563244

## CERTIFICATE OF SERVICE

I, <u>Timothy D. Sullivan, Esq</u>. do hereby certify that on this <u>20th</u> day of <u>December, 200</u>5, I served the foregoing <u>Answer to Cross Claims of Lisa Bayko</u>, by mailing a copy first class mail, postage prepaid to: Attorney Christine Ann Faro, 79 State Street Newburyport, MA 01950 for Lisa J.Bayko; Attorney Hans Hailey, 225 Friend Street, Boston, MA 02114; and Atty. Lydia Bottome Turnanchik, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, and Atty. Barbara Healy Smith, Assistant United States Attorney, U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02110.

_____
Timothy D. Sullivan, Esq.