February 1, 2006

Gina Edge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4710
Boston, MA 02210

                RE:    GMAC Mortgage Corporation v. Bayko, et al
                           U.S. District Court (MA) CA No. 05-11746 GAO

Dear Ms. Edge:

      The above-referenced case is the second suit in this court involving these parties. The first case began with Massachusetts Superior Court as Civil Action Number ESCV 2004-01855. A Motion for Summary Judgment, complete with several exhibits, was filed in the Superior Court case. The Superior Court case was then removed to the U.S. District Court and assigned the Civil Action Number 04-12448. The District Court dismissed the case in March of 2005, but this dismissal was appealed in May of 2005.

      During the pendency of the appeal, the Department of Revenue was paid in full. As they were no longer a party, the Plaintiff considered the appeal moot and filed a new Interpleader action in District Court as Civil Action Number 05-11746 GAO. The IRS disagreed with the Plaintiff. Thus, we were suspended until the Appeals Court agreed with the Plaintiff. The U.S. Court of Appeals dismissed the appeal in December of 2005. Specifically, the Court of Appeals entered an Order which stated that the District Court would not get instructions to adjudicate the claims of the remaining parties in Civil Action Number 04-12448 because there was a new interpleader action filed by the plaintiff encompassing the same claims.

      Therefore, I am requesting that the record, specifically the Summary Judgment Motion filed on behalf of Helen and Michael Bayko (including original documents as exhibits), be transferred to Civil Action Number 05-11746.

      If you have any questions, please call. Thank you for your attention to this matter.

Sincerely,


Timothy D. Sullivan, Esq.