IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 30  A 11: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GMAC MORTGAGE COMPANY, ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) CIVIL ACTION NO. 05-11746 GAO <br> JEFFREY L. BAYKO, SR., LISA J. ) <br> BAYKO, MICHAEL J. BAYKO, ) <br> HELEN BAYKO, HANS HAILEY, ) <br> THE UNITED STATES OF AMERICA, ) <br> Defendant ) <br> ) | |

### LISA BAYKO'S ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO THE DEFENDANTS HELEN AND MICHAEL BAYKO'S MOTION FOR SUMMARY JUDGMENT

Now comes the Defendant Lisa Bayko and hereby requests that this Honorable Court extend time to respond to the Defendants Helen Bayko and Michael Bayko's Motion for Summary Judgment. The Opposition was due on March 31, 2006 and the Defendant Lisa Bayko is requesting until April 6, 2006. The reasons for said requests are as follows:

1. The Defendant's counsel schedule has rendered her unable to timely respond;

2. The Moving parties exhibits that were submitted by electronic filing were unclear and after requesting said documents from the moving party they were not received until March 28, 2006;

3. Discovery is ongoing and not to be complete until April 30, 2006 and therefore no one is prejudice by this extension.

1

4. This Motion was assented to by the moving parties' attorney, Timothy Sullivan.

**WHEREFORE**, the Defendant Lisa Bayko respectfully requests that the this Honorable Court allow this motion.

|  |  |
|---|---|
| | The Defendants, Lisa J. Bayko, by her Counsel, |
| | _/s/ Christine Ann Faro_ |
| | CHRISTINE ANN FARO |
| | BBO # 552541 |
| | 79 State Street |
| | Newburyport, MA 01950 |
| | (978) 462-4833 |
| Assented to: | _/s/ Timothy Sullivan_ |
| | Attorney Timothy Sullivan |
| | Andover Law, P.C. |
| | 451 Andover Street |
| | North Andover, MA 01845 |

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendants, hereby certify that on this 29th day of March, 2006, I served a copy of the Defendant, Lisa J. Bayko's Motion to extend time to file an opposition to the Defendants Helen and Bayko and Michael Bayko's, Motion for summary judgment upon the parties of record by serving a copy of the same upon their counsel of record by electronic filing to:

Lydia Bottome Turanchik  
Trial Attorney, Tax Division  
U.S. Department of Justice  
P.O. Box 55  
Ben Franklin Station  
Washington, DC 20044  

Attorney Timothy Sullivan  
Andover Law, P.C.  
451 Andover Street  
North Andover, MA 01845  

And by first class mail, postage prepaid to:  
Attorney Hans Hailey  
225 Friend Street  
Boston, MA 02144  

_/s/ Christine Ann Faro_  
CHRISTINE ANN FARO

2