IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-11746-GAO |
| ) | |
| JEFFREY L. BAYKO, SR., et al., ) | |
| ) | |
| Defendants. ) | |

## UNITED STATES' NOTICE OF NO OPPOSITION TO DEFENDANTS' (MICHAEL AND HELEN BAYKO) MOTION FOR SUMMARY JUDGMENT

The United States, by its undersigned counsel, hereby informs this Court that it does not oppose the relief sought by defendants' Michael and Helen Bayko in their March 17, 2006 motion for summary judgment [docket entry no. 32]. However, the United States does not waive its claims or any other relief should the Court deny the Bayko's motion for summary judgment for any reason.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney


/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of No Opposition has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 5th day of April, 2006:

Christine Ann Faro
Charles Rotondi
79 State Street
Newburyport, MA 01950

Timothy Sullivan
Andover Law, P.C.
451 Andover Street
North Andover, MA 01845

David Rosen
Harmon Law Offices
P.O. Box 610389
Newton Highlands, MA 02461

Hans Hailey
225 Friend Street
Boston, MA 02114

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

1625071.1