UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

GMAC MORTGAGE
CORPORATION,
  Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J.
BAYKO, HELENE. BAYKO,
MICHAEL J. BAYKO, HANS R.
HAILEY, AND THE UNITED
STATES OF AMERICA,
  Defendants

## DEFENDANT HANS R. HAILEY'S PARTIAL OPPOSITION TO MOTION FOR SUMMARY JUDGMENT and CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

The Defendant/Plaintiff-in-Cross Claim Hans R. Hailey ("Hailey") does not oppose the defendants' (Michael and Helen) Motion for Partial Summary Judgment to the extent that it seeks collection of the $46,360 mortgage (the "1st mortgage"), with $10,194.80 in interest. Hailey also does not oppose the motion to the extent that it seeks attorney fees.. However, the motion is opposed to the extent that it seeks collection of the $6,300 mortgage (the "2nd mortgage") with interest prior to Hailey's lien and also opposed to the extent that it requests $36,544 in attorney fees. Hailey also moves for partial summary judgment that his security interest, recorded prior to the 2nd mortgage,

should be paid after the 1st mortgage is paid.

The security interests of record are undisputed. See GMAC's Complaint ¶18. All parties admit the schedule of recorded security interests. (Michael and Helen) Bayko Answer ¶18, Hailey Answer ¶18, (Lisa) Bayko Answer ¶18.

With GMAC's mortgage having been paid, (Michael and Helen) Bayko's 1st mortgage holds the first position. That mortgage is entitled to be paid; principal and interest total $56,554.80. However, the $36,544.23 in attorney fees sought should be attributed to the collection of both the first and second mortgage, not solely the 1st mortgage. Hailey would admit that half the attorney fees should be attributed to each mortgage and that $18,272 should be added to principal and interest. Therefore, the first payment from the surplus funds being held in escrow should be in the amount of $74,816.80 to Michael and Helen Bayko.

Hailey's lien is next in line. Complaint and Answers ¶18. The amount of the lien is $33,902.24. This lien is next to be satisfied, to the extent surplus funds are available.

**Wherefore,** Hailey requests that the Court allow (Michael and Helen) Bayko's Motion for Partial Summary Judgment by ordering payment from the surplus funds in the following order: (1) $74,816.80 to Michael and Helen Bayko; (2) $33,902.24 to Hailey; and (3 any remaining funds to be disbursed to pursuant to the priority of recorded liens.

Dated: April 17, 2006

Respectfully submitted,
By the Defendant/Plaintiff-in Crossclaim:

/s/ Hans R. Hailey

Hans R. Hailey
Law Offices of Hans R. Hailey
225 Friend Street, 5th Floor
Boston, Massachusetts 02114
617-723-4010

## CERTIFICATE OF SERVICE

I, Hans R. Hailey, hereby certify that on this day I served the foregoing documents by mailing copies of same to:

1. Timothy Sullivan, Esq., 451 Andover St., Suite 185, North Andover, MA 01845;
2. United States Department of Justice Tax Division, Lydia Bottome Turanchick, Esq., P.O. Box 55, Ben Franklin Station, Washington D.C. 20044
3. Christine Faro, Esq. 79 State Street, Newburyport, Massachusetts 01950

Dated: April 17, 2006

Hans R. Hailey