UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>          Plaintiff | )<br>)<br>) |
| V. | )<br>) |
| JEFFREY L. BAYKO, LISA J. BAYKO,<br>HELEN E. BAYKO, MICHAEL J. BAYKO,<br>HANS HAILEY, AND THE UNITED<br>STATES OF AMERICA,<br>          Defendant | )<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT, LISA J. BAYKO'S
### NOTICE OF FILING BY MAIL

The Defendant Lisa Bayko will be filing Exhibit One that is attached to her Opposition to the Defendant Hans Hailey's Motion for Summary Judgment. Exhibit One, Separation of Jeffrey L, Bayko, Sr. and Lisa J. Bayko dated May 24, 2002 was rejected by the e-filing system due to an "error" and said document will be mailed to all parties.

>Respectfully Submitted,
>The Defendant, Lisa Bayko,
>By Her Attorney,
>
>/s/ Christine Ann Faro
>_____
>CHRISTINE ANN FARO
>BBO # 552541
>79 State Street
>Newburyport, MA 01950
>(978) 462-4833

CERTIFICATE OF SERVICE

    I, Christine Ann Faro, Attorney for the Defendant, Lisa J. Bayko, hereby certify that on this 28th day of April, 2006, I served a copy of the Defendant Lisa Bayko's Notice of Filing by Mail upon the parties by serving a copy of the same upon their counsel of record by e-filing to: Timothy J. Sullivan, Esq. 451 Andover Street, Suite 185, Andover, Ma 01845 and Lydia Bottome Turanchick, Esquire, Untied States Department of Justice Tax Division, P.O. Box 55, Ben Franklin Station, Washington, D.C. 2001 and first class mail postage prepaid to Hans Hailey, Esquire 225 Friend Street, Boston, Ma 02114.

/s/ Christine Ann Faro
_____
CHRISTINE ANN FARO

**SEALED DOCUMENT**