UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 12  P 6:04

CASE NO. 05-11746GAO

U.S. DISTRICT COURT
DISTRICT OF MASS

GMAC MORTGAGE
CORPORATION,
  Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J.
BAYKO, HELENE. BAYKO,
MICHAEL J. BAYKO, HANS R.
HAILEY, AND THE UNITED
STATES OF AMERICA,
  Defendants

## NOTICE OF APPEARANCE

TO THE REGISTER OF THE ABOVE NAMED COURT:

   Please enter my appearance as attorney for Hans R. Hailey, in the above entitled case.

Dated: May 11, 2006

Respectfully submitted,
For the Plaintiff:

_/s/ Gene R. Charny_
Gene R. Charny
Law Offices of Hans R. Hailey
225 Friend Street, 5th Floor
Boston, Massachusetts 02114
Tel. (617) 723-4010
BBO # 641129

## CERTIFICATE OF SERVICE

      I, Hans R. Hailey, hereby certify that on this day I served the foregoing documents by mailing copies of same to:

1. Timothy Sullivan, Esq., 451 Andover St., Suite 185, North Andover, MA 01845;
2. United States Department of Justice Tax Division, Lydia Bottome Turanchick, Esq., P.O. Box 55, Ben Franklin Station, Washington D.C. 20044
3. Christine Faro, Esq. 79 State Street, Newburyport, Massachusetts 01950

Dated: May 11, 2006

*Gene R. Charny* (signature)

Gene R. Charny