UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| JEFFREY L. BAYKO, LISA J. BAYKO, | ) |
| HELEN E. BAYKO, MICHAEL J. BAYKO, | ) |
| HANS HAILEY, AND THE UNITED | ) |
| STATES OF AMERICA, | ) |
| Defendant | ) |

**DEFENDANT, LISA J. BAYKO'S
NOTICE OF FILING BY MAIL**

The Defendant Lisa Bayko will be filing Exhibit One and Thirteen that is attached to her Motion for Summary Judgment. Exhibit One, Separation of Jeffrey L, Bayko, Sr. and Lisa J. Bayko dated May 24, 2002 contains information relative to minors and Exhibit 13 was as rejected by the e-filing system due to an "error" and said document will be mailed to all parties.

                                                    Respectfully Submitted,
                                                    The Defendant, Lisa Bayko,
                                                    By Her Attorney,

                                                    /s/ Christine Ann Faro
                                                    _____
                                                    CHRISTINE ANN FARO
                                                    BBO # 552541
                                                    79 State Street
                                                    Newburyport, MA 01950
                                                    (978) 462-4833

## CERTIFICATE OF SERVICE

      I, Christine Ann Faro, Attorney for the Defendant, Lisa J. Bayko, hereby certify that on this 18th day of May, 2006, I served a copy of the Defendant Lisa Bayko's Notice of Filing by Mail upon the parties by serving a copy of the same upon their counsel of record by e-filing to:

Attorney Hans Hailey                                       Attorney Timothy Sullivan
225 Friend Street                                                Andover Law, P.C.
Boston, MA 02144                                          451 Andover Street
                                                                Andover, MA 01845

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

                                                    /s/ Christine Ann Faro
                                                    _____
                                                    CHRISTINE ANN FARO