UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION, | ) |
| Plaintiff | ) |
|  | ) |
| V. | ) |
|  | ) |
| JEFFREY L. BAYKO, LISA J. BAYKO, | ) |
| HELEN E. BAYKO, MICHAEL J. BAYKO, | ) |
| HANS HAILEY, AND THE UNITED | ) |
| STATES OF AMERICA, | ) |
| Defendant | ) |

**DEFENDANT, LISA J. BAYKO'S
NOTICE OF FILING BY MAIL**

The Defendant Lisa Bayko will be filing Exhibit One and Thirteen that is attached to her Motion for Summary Judgment. Exhibit One, Separation of Jeffrey L, Bayko, Sr. and Lisa J. Bayko dated May 24, 2002 contains information relative to minors and Exhibit 13 was as rejected by the e-filing system due to an "error" and said document will be mailed to all parties.

        Respectfully Submitted,
        The Defendant, Lisa Bayko,
        By Her Attorney,


/s/ Christine Ann Faro
_____
CHRISTINE ANN FARO
BBO # 552541
79 State Street
Newburyport, MA 01950
(978) 462-4833


## CERTIFICATE OF SERVICE

I, Christine Ann Faro, Attorney for the Defendant, Lisa J. Bayko, hereby certify that on this 18th day of May, 2006, I served a copy of the Defendant Lisa Bayko's Notice of Filing by Mail upon the parties by serving a copy of the same upon their counsel of record by e-filing to:

Attorney Hans Hailey
225 Friend Street
Boston, MA 02144

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

Attorney Timothy Sullivan
Andover Law, P.C.
451 Andover Street
Andover, MA 01845


/s/ Christine Ann Faro
_____
CHRISTINE ANN FARO