UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

_____
                                    )
GMAC MORTGAGE CORPORATION,          )
                        Plaintiff   )
                                    )
                                    )
V.                                  )
                                    )
JEFFREY L. BAYKO, LISA J. BAYKO,    )
HELEN E. BAYKO, MICHAEL J. BAYKO,   )
HANS HAILEY, AND THE UNITED         )
STATES OF AMERICA,                  )
                        Defendant   )
_____)

**DEFENDANT LISA BAYKO'S
MOTION FOR LEAVE TO FILE A RESPONSORIAL BRIEF**

Now comes the Defendant, Lisa Bayko and hereby requests that this Honorable Court grant her leave to file a responsorial brief to respond to issues in the Defendants' Opposition to Lisa Bayko's Motion for Summary Judgment that were not raised in her motion.

Wherefore, the defendant Lisa Bayko respectfully requests that this Honorable Court allow this motion.

        Respectfully submitted, The Defendant, Lisa J. Bayko by her Counsel,

/s/ CHRISTINE ANN FARO
_____

CHRISTINE ANN FARO
BBO #  552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 23rd day of June 2006, I served a copy of the Defendant Lisa J. Bayko's Motion for Leave to File a Responsorial Brief upon the parties of record by serving a copy of the same upon their counsel of record by e-filing as follows:

| | |
|---|---|
| Attorney Gene R. Charny<br>Law Offices of Hans Hailey<br>225 Friend Street<br>Boston, MA 02144 | Attorney Timothy Sullivan<br>Andover Law, P.C.<br>451 Andover Street<br>Andover, MA 01845 |
| Lydia Bottome Turanchik<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55,<br>Ben Franklin Station<br>Washington, D.C. 20044 | |

        /S/ CHRISTINE ANN FARO
        _____

        CHRISTINE ANN FARO