UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-11746-GAO |
| | ) | |
| JEFFREY L. BAYKO, SR., LISA J. | ) | |
| BAYKO, HELEN E. BAYKO, MICHAEL | ) | |
| BAYKO, HANS R. HAILEY, and | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America hereby gives notice that Karen A. Smith, Attorney, Tax Division, P. O. Box 55, Ben Franklin Station, Washington, D.C. 20044, telephone (202) 307-6588, Karen.A.Smith@usdoj.gov, is hereby being substituted as lead counsel for the United States in place of Lydia Bottome Turanchik who is no longer employed by the United States.

| | |
|---|---|
| CERTIFICATE OF SERVICE | /s/ *Karen A. Smith* |
| | KAREN A. SMITH |
| I hereby certify that this document(s) filed through | Trial Attorney, Tax Division |
| the ECF system will be sent electronically to the | U.S. Department of Justice |
| registered participants as identified on the Notice | Post Office Box 55 |
| of Electronic Filing (NEF) and paper copies | Ben Franklin Station |
| will be sent to those indicated as non registered | Washington, D.C. 20044 |
| participants on 7/6/06 . | Telephone: (202) 307-6588 |
| | Facsimile: (202) 514-5238 |
| /s/ *Karen A. Smith* | Email: Karen.A.Smith@usdoj.gov |
| Karen A. Smith | |

1761478.1