UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC MORTGAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-11746-GAO |
| | ) | |
| JEFFREY L. BAYKO, SR., LISA J. | ) | |
| BAYKO, HELEN E. BAYKO, MICHAEL | ) | |
| BAYKO, HANS R. HAILEY, and | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' WITHDRAWAL OF COUNSEL

The United States of America hereby gives notice that Lydia Bottome Turanchik, an attorney

formerly employed by the Tax Division, P. O. Box 55, Ben Franklin Station, Washington, D.C.

20044, telephone (202) 307-6588, is hereby withdrawn as counsel for the United States because

she is no longer employed by the United States.

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through
the ECF system will be sent electronically to the
registered participants as identified on the Notice
of Electronic Filing (NEF) and paper copies
will be sent to those indicated as non registered
participants on 7/13/06 .


/s/ Karen A. Smith
Karen A. Smith

/s/ Karen A. Smith for
LYDIA BOTTOME TURANCHIK
KAREN A. SMITH
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6588
Facsimile: (202) 514-5238
Email: Karen.A.Smith@usdoj.gov

1761478.1