IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-11746-GAO |
| | ) |
| JEFFREY L. BAYKO, SR., et al., | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Pamela Grewal, Trial Attorney, Tax Division, United States Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044 as attorney for the United States in the above-captioned proceeding.

*/s/ Pamela Grewal*
PAMELA GREWAL
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-6403
Fax: (202) 514-5283
E-mail: Pamela.Grewal@usdoj.gov

1834313.1

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2006, the foregoing document was filed with the Clerk of the Court using the ECF system and I made service by electronic means, or by depositing a copy in the United States mail, postage prepaid, addressed to:

Christine Ann Faro
79 State Street
Newburyport, MA 01950

Timothy Sullivan
Andover Law, P.C.
451 Andover Street
Suite 185
North Andover, MA 01845

Gene R. Charny
Law Office of Hans R. Hailey
Suite 1120
11 Beacon Street
Boston, MA 02108

Hans R. Hailey
Law Office of Hans R. Hailey
225 Friend Street
5th Floor
Boston, MA 02114

/s/ Pamela Grewal
PAMELA GREWAL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6403
Fax: (202) 514-5238
E-mail: Pamela.Grewal@usdoj.gov

1834313.1