## UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS          DOCKET NO. <u>05-11746 GAO</u>

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION, | ) |
|                                  Plaintiff, | ) |
| v. | ) |
| JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY AND THE UNITED STATES OF AMERICA, | ) |
|                                  Defendants | ) |

REQUEST FOR CONSIDERATION OF THE ISSUE OF ACTUAL NOTICE

Judge Bowler's surprising recommendation rests on the issue of actual notice. The issue was briefed (particularly in the Opposition to Lisa Bayko's Motion for Summary Judgment) and argued.

Simply, Judge Bowler finds that the elder Baykos had notice of their son's divorce, but, they did not know the terms of the settlement agreement. She then concludes that notice that Jeffrey Bayko was divorced was sufficient. She recommends that the Court award Lisa Bayko everything that she seeks, much of which is child support payments that did not become due or payable until years after the mortgage was executed and recorded.

Adopting Judge Bowler's recommendation would result in a radical change in Massachusetts law and title practice. In short, anyone lending to a divorced person would be required to review and interpret all divorce orders and agreements. Any person who has an ongoing child support obligation (which is always subject to modification) will be essentially precluded from obtaining a mortgage.

Respectfully submitted,                                      Dated: August 11, 2006
Michael J. Bayko and Helen E. Bayko
by their attorney,


  /s/ Timothy D. Sullivan
Timothy D. Sullivan, Esq.
AndoverLaw, P.C.
451 Andover Street, Suite 185
North Andover, MA 01845
(978) 794-0360
BBO No. 563244

**CERTIFICATE OF SERVICE**

I, Timothy D. Sullivan, Esq. do hereby certify that on this 11th day of August, 2006, I filed the foregoing document through the ECF system and copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

  /s/ Timothy D. Sullivan
Timothy D. Sullivan, Esq.