UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

_____
                                    )
GMAC MORTGAGE CORPORATION,          )
                     Plaintiff      )
                                    )
                                    )
V.                                  )
                                    )
JEFFREY L. BAYKO, LISA J. BAYKO,    )
HELEN E. BAYKO, MICHAEL J. BAYKO,   )
HANS HAILEY, AND THE UNITED         )
STATES OF AMERICA,                  )
                     Defendant      )
_____)


**LISA BAYKO'S OPPOSITION TO
HELEN BAYKO AND MICHAEL BAYKO'S
REQUEST FOR CONSIDERATION
(Pursuant to Rule 3(c) of the Rules for United States
Magistrates Judges in the United States District Court
For the District of Massachusetts)**

Now comes Lisa Bayko and hereby opposes Helen Bayko and Michael Bayko's Request for reconsideration on the issue of actual notice. As reason for said opposition, Lisa Bayko relies upon her motion for summary judgment and memorandum of law in support thereof and the report and recommendation of United States Magistrate Judge Marianne Bowler dated August 10, 2006. Lisa Bayko further states that Magistrate Judge Bowler's recommendation is consistent with the laws of the Commonwealth of Massachusetts.

                                                                Respectfully submitted, Lisa J. Bayko by her Counsel,

                                                                /s/ CHRISTINE ANN FARO
                                                                 _____
                                                                 CHRISTINE ANN FARO
                                                                 BBO #  552541
                                                                 79 State Street
                                                                 Newburyport, MA 01950
                                                                 (978) 462-4833

CERTIFICATE OF SERVICE

       I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 19th day of May 2006, I served a copy of the Defendant Lisa J. Bayko's Opposition to Helen Bayko and Michael Bayko's Request for reconsideration on the issue of actual notice the parties of record by serving a copy of the same upon their counsel of record by e-filing as follows:

Attorney Gene R. Charny
Law Offices of  Hans Hailey                               Attorney Timothy Sullivan
225 Friend Street                                                  Andover Law, P.C.
Boston, MA 02144                                                451 Andover Street
                                                                           Andover, MA 01845

Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

                                                                   /S/ CHRISTINE ANN FARO
                                                                   _____
                                                                   CHRISTINE ANN FARO