# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CASE NO.  05-11746GAO**

GMAC MORTGAGE
CORPORATION,
    Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J.
BAYKO, HELENE. BAYKO,
MICHAEL J. BAYKO, HANS R.
HAILEY, AND THE UNITED
STATES OF AMERICA,
    Defendants

**MOTION OF DEFENDANT, HANS R. HAILEY, TO ENTER PARTIAL JUDGMENT ON MAGISTRATE JUDGE BOWLER'S REPORT AND RECOMMENDATION RE: DEFENDANTS HELEN AND MICHAEL BAYKO'S MOTION FOR SUMMARY JUDGMENT (DOCKET ENTRY # 32); DEFENDANT HANS R. HAILEY'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT (DOCKET ENTRY # 39); DEFENDANT LISA BAYKO'S MOTION FOR <u>SUMMARY JUDGMENT AND TO DISTRIBUTE FUNDS</u>**

The Defendant, Hans R. Hailey, ("Hailey"), respectfully requests that the court

enter as Judgment, Magistrate Judge Bowler's recommendation that the defendant

Hailey's claim in the amount of $33,902,24 has priority over the claim proffered by Helen

and Michael Bayko based upon their first and second mortgages and the claim proffered

by Lisa Bayko.

Hailey further requests the court order that $33,902,24 of the funds being held by

the court be distributed to Hans R. Hailey forthwith pursuant to the reasons set forth in

the attached Memorandum in Support.


Dated; December 19, 2006                     Respectfully submitted,
                                             For the Defendant:


                                             /S/ Gene R. Charny
                                             _____
                                             Gene R. Charny
                                             Law Offices of Hans R. Hailey
                                             225 Friend Street, 5th Floor
                                             Boston, Massachusetts 02114
                                             617-723-4010
                                             BBO #641129


## CERTIFICATE OF SERVICE

        I, Gene R. Charny, attorney for the defendant, Hans R. Hailey, hereby certify that on this
19th day of December, 2006, I served copies of Defendant Hans R. Hailey's Motion to Enter
Partial Judgment on Magistrate Judge Bowler's Report and Recommendation Re: Defendants
Helen and Michael Bayko's Motion for Summary Judgment (Docket Entry # 32); Defendant
Hans R. Hailey's Cross Motion for Partial Summary Judgment )Docket Entry # 39); Defendant
Lisa Bayko's Motion for Summary Judgment and to Distribute Funds by e-filing to the
following;

Christine A. Faro, Esq.                       Timothy Sullivan, Esq.
79 State Street                               Andover Law, P.C.
Newburyport, Massachusetts 01950              451 Andover Street
                                              Andover, Massachusetts 01845


Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044


                                             /S/ Gene R. Charny
                                             _____
                                             Gene R. Charny