IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY L. BAYKO, SR., et al., )<br>)<br>Defendants. ) | Civil No. 05-11746-GAO |

<u>UNITED STATES' NOTICE OF NO OPPOSITION TO HANS HAILEY'S
MOTION TO ENTER PARTIAL JUDGMENT ON MAGISTRATE'S
REPORT AND REQUEST FOR DISTRIBUTION OF FUNDS</u>

The United States of America, by its undersigned counsel, hereby informs this Court that it does not oppose the relief sought by defendant Hans Hailey in his motion for entry of partial judgment and for distribution of funds [docket entry no. 64], because it concedes that Mr. Hailey's attorney's lien has priority over the United States' federal tax lien at issue herein. The United States does not concede its priority as against the claims of any of the other parties to this action and reserves its right to assert its priority against those claims.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ *Pamela Grewal*
Pamela Grewal
Karen A. Smith
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6403

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Notice of No Opposition has been made upon the following by electronic means, or by depositing a copy in the United States mail, postage prepaid, this 3rd day of January, 2007:

> Christine Ann Faro
> Charles Rotondi
> 79 State Street
> Newburyport, MA 01950
>
> Timothy Sullivan
> Andover Law, P.C.
> 451 Andover Street
> North Andover, MA 01845
>
> David Rosen
> Harmon Law Offices
> P.O. Box 610389
> Newton Highlands, MA 02461
>
> Hans Hailey
> 225 Friend Street
> Boston, MA 02114

> /s/ *Pamela Grewal*
> Pamela Grewal
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-6403

2132563.1