UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

GMAC MORTGAGE CORPORATION,                    )
                                    Plaintiff )
                                              )
                                              )
                                              )
V.                                            )
                                              )
JEFFREY L. BAYKO, LISA J. BAYKO,              )
HELEN E. BAYKO, MICHAEL J. BAYKO,             )
HANS HAILEY, AND THE UNITED                   )
STATES OF AMERICA,                            )
                                    Defendant )
                                              )

## AFFIDAVIT OF LISA BAYKO
## IN SUPPORT OF HER MOTION FOR SUMMARY
## JUDGMENT AS TO THE UNITED STATES OF AMERICA

I, Lisa Bayko, Plaintiff in the above-entitled action, deposed under oath state as follows:

1.    I was married to the Defendant Jeffrey Bayko and divorced from him on or about May 24, 2002. Five children were born of our marriage. At the time of the divorce and presently three of the five children are unemancipated. At the time of the divorce, Jeffrey Bayko was ordered to pay child support in the amount of $250.00 per week.

2.    During my marriage to Jeffrey Bayko and during the pendency of the divorce action, I lived at 7A Graham Ave., Newbury, MA .

3.    On May 24, 2002 I was divorced from Jeffrey L. Bayko. We entered the Separation Agreement that was incorporated with the judgment of divorce. The

Separation Agreement provided that was to be paid the following out of Jeffrey Bayko's share of the proceeds from the sale of the marital home:

    a.     The entire amount for delinquent child support payments owed through the date of this Agreement is adopted by the Essex County Probate & Family Court. The delinquent child support through April 26, 2002 is $13,200.00. (Separation Agreement, Article III, Section G, Paragraph 1(a)).

    b.     The sum of $9,000.00 shall be paid to Wife, which represents one-half of the proceeds of a settlement that Husband received from Nault Honda in Windham, New Hampshire, in a defective motorcycle claim. (Separation Agreement, Article III, Section G, Paragraph 1(b)).

    c.     The sum of $13,000.00 shall be deducted from Husband's one-half share shall represent one year's advanced payment of child support. (Separation Agreement, Article III, Section G, Paragraph 1(c)).

    d.     The parties agreed that "he or she shall neither contract nor incur any expenses, debts, charges or liabilities in the name or upon the credit of the other not for which the other or the other's legal representative, property or estate will or may become liable." (Separation Agreement, Article III, Section J, Paragraph 2)

    e.     From the proceeds of the sale of the marital home, $66,000.00 shall be given to Attorney Gary Evans to be held in escrow. Attorney Gary Evans shall negotiate payment of the "marital debt." He shall than pay the "marital debt" and, after deducting his fees for those services, pay the remaining portion in equal shares to the parties. "Marital debt" shall mean those liabilities listed on the

financial statement of the Husband filed on May 30, 2001. (**Exhibit 1**, Separation Agreement, Article III, Section G, Continued).

4.　　It was the intent of the separation agreement that at the time of the sale of the marital home, I would be paid any and all unpaid child support, as evidence by the orders of Judge Kaegan, which stated "when the marital home is sold, the Defendant share of the net proceeds shall be held in escrow by both Plaintiff's and Defendant's counsel pending further order of the Court." And further on July 2, 2003, Jeffrey L. Bayko signed a stipulation that "any uninsured medical and college expenses owed by the [Jeffrey L. Bayko] shall be paid out of the monies held in the escrow account as Ordered by Judge Kagan on 5/1/03"

5.　　The Judgment of Divorce Nisi and Separation Agreement were recorded with the Essex County Registry of Probate and became a public record.

6.　　In the Fall of 2002, Jeffrey L. Bayko filed on behalf of me and himself amended tax returns with the Internal Revenue Service for years 1996, 1997, 1998 and 1999. I did not receive notice of the filings until late fall 2002 or early winter 2003.

7.　　On March 17, 2003, I applied for the Innocent Spouse Relief through an accountant Earl Bean of Salem, MA. I completed Form 8857 and attached to the form was a statement explaining why I qualified for relief. Included in that application was information with regards to my divorce and how Jeffrey L. Bayko filed amended tax returns. Upon submission of my application for Innocent Spousal Relief Ms. Holland of the Taxpayers Advocate Office intercepted on my behalf.

8.　　As of April 5, 2003, the Internal Revenue Service had actual notice of my judgment of divorce.

9.    On May 2, 2003, the Internal Revenue Service recorded tax liens on our home at 7A Graham Avenue, Newbury, MA. As of the date of recording the tax liens amounted to $155,686.00.

10.    On May 7, 2003, the Internal Revenue Service granted me spousal immunity for years 1996, 1997, 1998 and 1999 and on May 25, 2003, the IRS recorded a release of the tax liens as to me.

11.    I did not receive notice of my immunity until December 11, 2003, I was informed by Miss Ham of the Internal Revenue Service (ID # 5907351) that I received spousal immunity for all four years, 1996, 1997, 1998 and 1999.

12.    Since the date of our divorce, Jeffrey L. Bayko has been incarcerated four times, three times within the past sixteen months for non-payment of child support. To date I am owed over $50,000.00 in child support.

13.    Jeffrey l. Bayko filed bankruptcy under Chapter 7 of the United States Bankruptcy Code and I have been left 100% liable for the marital debt. (Gary Evans, who was appointed to work out the parties' marital debt, prepared and filed Jeffrey L. Bayko's bankruptcy petition in the September of 2003.)

14.    Pursuant to the terms of the separation agreement, I am to take the following amounts from Jeffrey Bayko's share of the proceeds from the marital residence:

| | |
|---|---|
| One year's child support in advance: Separation Agreement dated 5/24/04: | $13,000.00 |
| Child Support Arrears, Contempt Judgment dated September 23, 2004, which, includes $18,000.00 Separation Agreement: | $65,000.00 |
| College Tuitions; Separation Agreement | |

| | |
|---|---|
| And Order dated July 7, 2003 | $ 7,413.99 |
| Defendant's Credit Card Liabilities Separation Agreement: | $ 4,475.73 |
| Joint Credit Card Debts Separation Agreement | $33,000.00 |
| Uninsured medical Expenses | $1,553.33 |
| Settlement Proceeds | $9,000.00 |
| **Total** | **$133,423.07** |

Signed under the pains and penalties of perjury on this 26th day of March 2007.

LISA J. BAYKO

# COMMONWEALTH OF MASSACHUSETTS

FILED APR 2 6 2002

### The Trial Court

## Probate and Family Court Department

Essex Division

Docket No. 01D 0875 DV1

## FINANCIAL STATEMENT
### (SHORT FORM)

### Jeffrey Bayko, Plaintiff  v.  Lisa J. Bayko, Defendant

**INSTRUCTIONS:** If your income equals or exceeds $75,000.00 you must complete the LONG FORM financial statement, unless otherwise ordered by the Court. All questions on both sides of this form must be answered in full or the word "none" inserted. If additional space is needed for any answer, an attached sheet may be filed in addition to, but not in lieu of, the answer. Information contained herein is confidential and only available to the parties and persons authorized under Probate and Family Court Department Supplemental Rule 401.

Soc. Sec. No. 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

1. Your Name: **Jeffrey Bayko**
   Address: P.O. Box 289, Boxford, Massachusetts, 01921
   No. of children of children living with you: -0-
   Age: 46; Tel. #: (617) 978-621-0573:
   Occupation: Limousine Driver; Employer: Ludwig Limo/Ultimate Limo
   Employer's address: Peabody, Massachusetts (Self Employed)
   Employer's Tel. #: (978) 621-0573;
   Health Ins.: [ ] YES  [X] NO
   Health Insurance Provider:
   Cert. No.:

2. Gross **Weekly** Income from All Sources (strike inapplicable words)  $ 300.00
   a) Base pay from salary, wages  0.00
   b) Self Employment Income (**attach a completed Schedule A**)  100.00
   c) Income from overtime, commissions, tips, bonuses, part-time job  minimal
   d) Dividends and interest  0.00
   e) Income from trusts or annuities  0.00
   f) Pensions & retirement funds  0.00
   g) Social Security  0.00
   h) Disability, unemployment insurance or workers compensation  0.00
   i) Public assistance (welfare, AFDC payments)  0.00
   j) Rental from Income Producing Property (**attach a completed Schedule B**)  0.00
   k) All other sources (including child support, alimony)  $400.00
   l) **Total Gross Weekly Income** (a through k)

3. Itemize Deductions from Gross Income  $60.00
   a) Fed. income tax deductions (claiming 0 exemptions)  10.00
   b) State income tax deductions (claiming 0 exemptions)  20.00
   c) FICA  0.00
   d) Medical insurance  0.00
   e) Union dues  $90.00
   f) **Total Deductions** (a through e)

4. Adjusted Net **Weekly** Income  $310.00
   2(l) minus 3(f)

5. Other Deductions from Salary  $0.00
   a) Credit Union (Loan Repayment or Savings)  0.00
   b) Savings  0.00
   c) Retirement  0.00
   d) Other - Specify (such as Deferred Compensation or 401K)  $0.00
   e) **Total Deductions** (a through d)

6. Net **Weekly** Income  4 minus 5(e)  $310.00
   $310.00

7. Gross **Yearly** Income from Prior Year approx.
   (attach copy of all W-2 and 1099 forms for prior year)

2

**8. Weekly Expenses**

| | | |
|---|---|---|
| a) Rent/Mortgage | 100.00 | l) Life Insurance | 4.00 |
| b) Homeowners ins. | 0.00 | m) Medical ins. | 0.00 |
| c) Maint. & repair | 0.00 | n) Uninsured meds./Dentist | 10.00 |
| d) Heat | 0.00 | o) Incidentals & toiletries | 3.00 |
| e) Electricity/gas | 0.00 | p) Motor Vehicle Expenses | 60.00 |
| f) Telephone | 50.00 | q) Motor Vehicle Loan Payment | 109.00 |
| g) Water/Sewer | 0.00 | r) Child Care | 0.00 |
| h) Food | 70.00 | s) Other (attach additional schedule, if necessary) | 0.00 |
| i) House Supplies | 0.00 | | 0.00 |
| j) Laundry/Cleaning | 20.00 | | 0.00 |
| k) Clothing | 20.00 | | |

**Total Weekly Expenses (a through s)** ................ $451.00

**9. Counsel Fees**

a) Retainer amount(s) paid to your attorney(s) ................ $1,500.00
b) Legal fees incurred, to date, against retainer(s) ................ 0.00
c) Anticipated range of total legal expense to prosecute this action ................ $30,000 to $40,000.00

**10. Assets** (Attach additional schedule for additional real estate and other assets, if necessary)

a) Real Estate - House
   Location: 7A Graham Avenue, Newbury, Massachusetts
   Title: Husband & Wife, Tenants by the Entirety
   FMV:$300,00 - Mortgage(s): $100,00 = ½ Equity ................ $200,00.00
b) IRA, Keough, Pension, Profit Sharing, etc. Ret. Plans:
   **List Financial Institution or Plan Name & Account No.:**
   401(K) approx ................ 0.00
   IRAs: approx ................ 0.00
c) Tax Deferred Annuity Plan(s) ................ 0.00
d) Life Insurance: Present Cash Value ................ 0.00
e) Savings, Checking & Money Market Accts & CDS - which are held individually, jointly, in the name of another person for your benefit, or held by you for the benefit of your minor child(ren). **List Financial Institution Names and Account Numbers.**
................ 0.00
................ 0.00
................ 0.00
f) Motor Vehicles
   FMV: $      ; Auto Loan: $-0- ; = Equity ................ 0.00
   FMV: $      ; Auto Loan: $-0- ; = Equity ................ 0.00
g) Other (such as - stocks, bonds, collections) ................ 0.00
................ 0.00

**h) Total Assets (a through g)** ................ $200,00.00

**11. Liabilities** (DO NOT list weekly expenses but DO list all liabilities)

| Creditor | Nature of Debt | Date Incurred | Amt. Due | Weekly Payment |
|---|---|---|---|---|
| Law Off of Hans Hailey | atty fees Credit Cards Back taxes | ongoing revolving | undetermined $88,000.00 | |
| | | | | |

**Total Amount Due: $88,000.00** and **Total Weekly Payment: $0.00**

**12. Number of Years you have paid into Social Security: 26 years**

I certify under the penalties of perjury that my income and expenses, assets and liabilities as stated herein are true to the best of my knowledge and belief. I have carefully read this financial statement and I certify the information is true and complete.

Dated: April 25, 2002                    Signature _____
                                          Jeffrey Bayko

## STATEMENT BY ATTORNEY

I, the undersigned attorney, am admitted to practice law in the Commonwealth of Massachusetts — am admitted pro hac vice for the purposes of this case — and am an officer of the court. As the attorney for the party on whose behalf this Financial Statement is submitted, I hereby state to the court that I have no knowledge that any of the information contained herein is false.

Attorney's Signature _____                    Date: April 25, 2002
Address: 11 Beacon St., Boston, Massachusetts 02108, Tel. No. (617) 723-4010
B.B.O.# 216820

-21|53

**Commonwealth of Massachusetts**
**The Trial Court**

essex _Division    Probate and Family Court Department    Docket No. _O1D – 0875_

## Order — Judgment on Complaint for Civil/Criminal Contempt

filed on ___11 / 29 / 02___

_Lisa Baybo_ ,Plaintiff

v.

_Jeffrey L. Baybo, Sr_ ,Defendant

I.    After hearing, it is adjudged that the defendant is:

☐  NOT GUILTY of Contempt of this Court.

☑  GUILTY of Contempt of this Court for having willfully:

☑  A.  neglected and refused to pay child support/alimony, the arrearage of which is fixed at _6,300.00_ .

☐  B.  neglected and refused to pay health insurance premiums for the plaintiff and/or minor child(ren)

☐  C,  neglected and refused to pay medical bills in the amount of $_____.

☐  D.  neglected and refused to allow the plaintiff visitation with the minor child(ren) on

_____

_____

__  E.  neglected and refused to report to the Probation Department regarding his/her job seeking efforts.

__  F.  neglected and refused to pay the attorney fees owed to plaintiff's attorney in the amount of $_____.

__  G.  _____

_____

_____

_____

_____

**3**

(OVER)

H.    It is ordered that:

A.   the defendant pay $_____ weekly/monthly ($_____
     of which shall be applied against the arrearage).

B.   the defendant pay $_____ weekly/monthly towards the arrearage of
     $_____.

C.   the parties shall comply with the stipulation dated_____
     which is incorporated and merged into this order/judgment.

D.   the defendant shall report in person to the Probation Department of this Court
     each week with evidence of having sought employment from at
     least_____ employers. The defendant shall provide the Probation
     Department with the name, address, and telephone number of the employers and a
     copy of his/her job application or other proof of having actually applied for work.
     VIOLATION OF THIS PARAGRAPH SHALL BE DEEMED CRIMINAL CONTEMPT OF
     COURT AND MAY SUBJECT THE DEFENDANT TO A JAIL SENTENCE OF UP TO
     SIX MONTHS.

E.   the defendant shall pay attorney fees in the amount of $_____
     and the cost of service of process which was necessary on this complaint, to wit.
     $_____.

F.   when the marital home is sold, the Defendant's
     share of the net proceeds shall be held in
     escrow by both plaintiff's and Defendant's Counsel,
     pending further order of the Court.
     _____

III.   It is further ordered that:

A.   the defendant be committed to jail for _____90_____ days or until he/she shall
     purge him/herself of said contempt by payment of $ _6300.00_ OR until
     further order of the Court OR until he/she be otherwise discharged by due course of
     law.

B.   this sentence be suspended until __noon, Friday, May 2, 2003__

C.   this matter is continued to _May 2, 2003 at 12:00 noon_ at Salem, + Parties
     need not appear if said monies are paid.

Date __5/1/03__                              _____
                                             Justice of the Probate and Family Court

**Commonwealth of Massachusetts**
The Trial Court
**Probate and Family Court Department**

_Essex_ **Division**    Docket No. _0108875D4_

**Temporary Order**

_Jeffrey L. Boyko, Sr._ , **Plaintiff**

v.

_Lisa J. Boyko_ , **Defendant**

Pending a hearing on the merits or until further order of the court, it is ordered that:

1) ☐ plaintiff/defendant be and hereby is prohibited from imposing any restraint on the personal liberty of plaintiff/defendant

2) ☐ plaintiff/defendant have the care and custody of _____

the minor child_____ of the parties

3) ☐ plaintiff/defendant be given the following visitation right(s): _____

_____

_____

_____

_____

4) ☐ plaintiff/defendant pay to his/her spouse the sum of_____ forthwith

and the further sum of_____ on each and every _____

hereafter, beginning on_____, for his/her support and that of the minor child_____

5) ☐ said payments to be made to the Probation Department and forwarded to the Department of Public

Welfare/the plaintiff/defendant/the applicable city or town of _____

6) ☒ the parties shall comply with a stipulation ~~or agreement~~ of the parties dated _July 2, 2003_ which is filed with the Court and expressly made a part of this order

7) ☐ plaintiff/defendant pay reasonable medical, dental and hospital expenses of his/her spouse and minor

child_____ and maintain existing medical and hospital insurance

8) ☐ plaintiff/defendant vacate the marital home at _____
(Street and No.)      (City or Town)      (Zip)

for a period of _____ day(s) commencing on _____

9) ☒ _All prior orders not inconsistent with the above remain in full force and effect._

Date _July 2, 2003_    _____
JUSTICE OF THE PROBATE AND FAMILY COURT

_____ Division                                    Docket No. _____

_____ , Plaintiff

                                    v.

_____ . Defendant

# Temporary Order

169

FILED JUL 2 2003

Commonwealth of Massachusetts

Essex, SS.                                        Docket No. 010 0873
                                                              DV,

Jeffrey Balyo,
        Plaintiff

v.

Lisa Bankes,
        Defendant.

Stipulation of Parties
Dated: July, 2, 2003

~~As with~~ agrees to the Plaintiff's ~~motion~~
for temporary orders, the parties agree that
~~the Plaintiff's~~ any unreimbursed medicals
+ college expenses owed by the Plaintiff
will be paid out of the monies held in
the escrow account (see order dated 5/1/03).
~~Additionally, agreed~~ The balance of funds
will be held in the escrow account
until further order of the court.

                                    [signature]
                                    [signature]
                                    Lisa Banks

Jeffrey Banker

JOSEPH A. BEAN, EA
ENROLLED TO PRACTICE BEFORE
INTERNAL REVENUE SERVICE
MEMBER:
MA ASSOC. OF PUBLIC ACCOUNTANTS
NATIONAL SOC. OF PUBLIC ACCOUNTANTS

EARL S. BEAN, CPA, MBA
DIRECTOR: SALEM STATE COLLEGE
INSTITUTE FOR CONTINUING
EDUCATION FOR ACCOUNTANTS
TECHNICAL COORDINATOR:
UNIVERSITY OF MASSACHUSETTS-AMHERST
TAX SCHOOL
MEMBER:
AMERICAN INSTITUTE OF CERTIFIED PUBLIC
ACCOUNTANTS

**BEAN & ASSOCIATES**
530 LORING AVENUE · SUITE 202
SALEM, MASSACHUSETTS 01970
TEL. (978) 744-0015 · FAX (978) 744-8987

March 17, 2003

Internal Revenue Service
Andover Service Center
Andover, Mass. 01812

Re: Lisa J. Bayko
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
Year: 1999

To Whom It May Concern:

The taxpayer is requesting innocent spouse relief (Form 8857 attached) in regards

to the attached notice of tax due in regards to the 1999 tax year.

Mrs. Bayko has been divorced from her husband since May 24, 2002 and has

lived apart from him at all times during the 12 months period prior to the date

of the filing of the Form 8857.

The source of the notice appears to be a Form 1040X. Mrs. Bayko did not sigh

a Form 1040X in regards to the 1999 year. If the service has a Form 1099X for

1999 containing Mrs. Bayko's signature it is requested that a referral be made

to CID.

Based on the Form 8857 it is hereby requested that all further notices contain

only the name of Jeffrey L. Bayko and be mailed to his last known address:

PO Box 249 or 225 Ipswich Road, Ipswich, Ma 01921.

Mrs. Bayko filed her 2000 return as married filing separately and her2001 return

4

as head of household.  The only income earned by Mrs. Bayko reflected on the 1999

joint return is her salary form the Institute for Savings, Newburyport, Ma.

Yours truly,

*Earl Bean*

Earl Bean CPA

| Form **8857**<br>(Rev. May 2002)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Innocent Spouse Relief**<br>(And Separation of Liability and Equitable Relief)<br>▶ Do not file with your tax return.    ▶ See instructions. | OMB No. 1545-1596 |

**Do not file this form if:**

• You did not file a joint return for the year(s) for which you are requesting relief. However, if you lived in a community property state, see instructions.

• All or part of your overpayment was (or is expected to be) applied against your spouse's past-due debt (such as child support). Instead, file **Form 8379**, Injured Spouse Claim and Allocation, to apply to have your share of the overpayment refunded to you.

**TIP** *To see if you may qualify for **Innocent Spouse Relief**, go to www.irs.gov, click on "Individuals," "Innocent Spouses," and "Explore if you are an Eligible Innocent Spouse"; or see **Pub. 971**, Innocent Spouse Relief.*

| **Part I**<br>See **Spousal Notification** in the instructions. | Your current name (see instructions)<br>LISA J. BAYKO | Your social security number<br>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 |
|---|---|---|

Your current home address (number and street). If a P.O. box, see instructions.
7A GRAHAM AVE.  | Apt. no.

City, town or post office, state, and ZIP code. If a foreign address, see instructions.
NEWBURY, MA 01951  | Daytime phone number (881)893-2568

*If you have been a victim of domestic abuse and fear that filing a claim for innocent spouse relief will result in retaliation, check here* .................................................... ▶ ☐

| **Part II** | 1  Enter the year(s) for which you are requesting relief from liability of tax ▶ 1999 |
|---|---|

2  Information about the person to whom you were married as of the end of the year(s) in line 1.

Name
JEFFREY L BAYKO  | Social security number 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

Current home address (number and street). If a P.O. box, see instructions.
225 IPSWICH ROAD OR PO BOX 249  | Apt. no.

City, town or post office, state, and ZIP code. If a foreign address, see instructions.
BOXFORD, MA 01921  | Daytime phone number (978)265-2870

3  Do you have an **Understatement of Tax** (that is, the IRS has determined there is a difference between the tax shown on your return and the tax that should have been shown)?
☒ **Yes.** Go to Part III.    ☐ **No.** Go to Part V.

| **Part III** | 4  Are you divorced from the person listed on line 2 or has that person died?<br>☒ **Yes.** Go to line 7.    ☐ **No.** Go to line 5. |
|---|---|

5  Are you legally separated from the person listed on line 2?
☐ **Yes.** Go to line 7.    ☐ **No.** Go to line 6.

6  Have you lived apart from the person listed on line 2 at all times during the 12-month period prior to filing this form?
☒ **Yes.** Go to line 7.    ☐ **No.** Go to Part IV.

7  If line **4, 5,** or **6** is **Yes,** you may request **Separation of Liability** by **attaching a statement** (see instructions). Check here ▶ ☒ and go to Part IV.

| **Part IV** | 8  Is the understatement of tax due to the **Erroneous Items** of your spouse (see instructions)? |
|---|---|

☐ **Yes.** You may request **Innocent Spouse Relief** by **attaching a statement** (see instructions). Go to Part V.    ☐ **No.** You may request **Equitable Relief** for the understatement of tax. Check **Yes** in Part V.

| **Part V** | 9  Do you have an **Underpayment of Tax** (that is, tax that is properly shown on your return but not paid) or another tax liability that qualifies for **Equitable Relief** (see instructions)? |
|---|---|

☐ **Yes.** You may request **Equitable Relief** by **attaching a statement** (see instructions).    ☐ **No.** You cannot file this form unless line 3 is **Yes.**

Under penalties of perjury, I declare that I have examined this form and any accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| **Sign Here**<br>Keep a copy for your records. | Your signature<br>▶ LB  *Lisi J. Baylo* | Date<br>3/15/2003 |
|---|---|---|

| **Paid Preparer's Use Only** | Preparer's signature ▶ *Earl S. Bean CPA* | Date 3/25/2003 | Check if self-employed ☒ | Preparer's SSN or PTIN P00187690 |
|---|---|---|---|---|

Firm's name (or yours if self-employed), address, and ZIP code ▶ BEAN AND ASSOCIATES  530 LORING AVE, SALEM, MA 01970  | EIN 04-2757824  | Phone no. (978)744-0015

For Privacy Act and Paperwork Reduction Act Notice, see instructions.  |  ISA STF FED9049F  |  Form **8857** (Rev. 5-2002)

<u>REQUEST FOR INNOCENT SPOUSE RELIEF</u>

<u>FORM 8857</u>

<u>REQUESTING SEPARATION OF LIABILITY</u>

<u>YEAR 1999</u>

TAXPAYER: LISA J. BAYKO
7A GRAHAM AVE
NEWBURY, MA 01812
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

To Whom It May Concern:

I, LISA J. BAYKO, HAVE BEEN DIVORCED FROM MY HUSBAND, JEFFREY L. BAYKO, SINCE MAY 24, 2002 AND HAVE LIVED APART AT ALL TIMES DURING THE 12-MONTH PERIOD PRIOR TO THE DATE OF THE FILING OF THE FORM 8857.

THE ONLY INCOME REFLECTED ON THE ORIGINALLY JOINTLY FILED FORM 1040 FOR 1999 FOR WHICH I AM RESPONSIBLE FOR THE TAXES ARE MY WAGES FROM THE INSTITUTION FOR SAVINGS OF NEWBURYPORT, MASS.

I AM HEREBY REQUESTING A COMPUTATION OF SEPARATE TAX LIABILITY.

I HAVE NO KNOWLEDGE OF THE NATURE OF THE INCOME WHICH CREATED THE ADDITIONAL TAX REFLECTED ON THE 3/4/2003 NOTICE. IF A FORM 1040X WAS FILED REFLECTING MY SIGNATURE, THE SIGNATURE WAS PLACED ON THE FORM WITHOUT MY KNOWLEDGE.

LISA J. BAYKO

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE COMPANY,                    )
                                          )
                Plaintiff,                )
                                          )
        v.                                )        Civil No. 05-11746-GAO
                                          )
JEFFREY L. BAYKO, SR., et al.,            )
                                          )
                Defendants.               )

### UNITED STATES' RESPONSE TO DEFENDANT LISA BAYKO'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

The United States of America, by its undersigned counsel, responds to defendant Lisa

Bayko's request for production of documents as follows:

REQUEST:

1.  Any and all Documents, including without implied limitation communications and

faxes, between Lisa Bayko and or her agent(s), attorney or other representative(s) and the Internal

Revenue Service, Tax Advocate for the Internal Revenue Service and or other agents or

representatives of the Internal Revenue Service from January 2002 to the present with regards to

the Federal Tax Liens and Partial Release of Tax Liens as to Lisa Bayko as referenced in Exhibits

A & B attached hereto.

RESPONSE:

1.  No such documents could be located despite a reasonable search.  Moreover, the

United States objects to this Request because the documents requested are neither relevant to the

claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible

evidence.

2059837.1

REQUEST:

2. Any and all Documents, including without implied limitation communications and faxes, between Jeffrey L. Bayko, Sr. and or his agent(s), attorney or other representative(s) and the Internal Revenue Service, Tax Advocate for the Internal Revenue Service and or other agents or representatives of the Internal Revenue Service from January 2002 to the present with regards to the Federal Tax Liens and Partial Release of Tax Liens as to Lisa Bayko as referenced in Exhibits A & B attached hereto.

RESPONSE:

2. No such documents could be located despite a reasonable search. Moreover, the United States objects to this Request because the documents requested are neither relevant to the claim or defense of any party, nor reasonably calculated to lead to the discovery of admissible evidence.

REQUEST:

3. Copy of any and all documents in possession of the Internal Revenue Service and or its agents or representative, including without implied limitation federal tax returns, amended federal tax returns with regards to the Federal Tax Liens and Partial Release of Tax Liens as to Lisa Bayko as referenced in Exhibits A & B attached hereto.

2059837.1

RESPONSE:

3. No such documents could be located despite a reasonable search. However, the

United States produces Certificates of Assessments, Payments and Other Specified matters for

Jeffrey L and Lisa J. Bayko for the tax periods ending December 31, 1996; December 31, 1997;

December 31, 1998; and December 31, 1999.

Respectfully Submitted,

PAMELA GREWAL
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, DC 20044-0055
Phone: (202) 307-6403
Fax: (202) 514-5238
E-Mail: pamela.grewal@usdoj.gov

I hereby certify that a true copy of the foregoing document was served upon Christine Faro,
attorney for defendant Lisa Bayko, by mail on December 19, 2006.

Pamela Grewal

2059837.1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC   1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 110,897.00 | | | |
| | TAXABLE INCOME 80,552.00 | | | |
| | SELF EMPLOYMENT TAX 10,488.00 | | | |
| 06-24-1998 | RETURN FILED & TAX ASSESSED 08221-185-20212-8  199829 | | 2,420.00 | 08-03-1998 |
| 04-15-1998 | WITHHOLDING & EXCESS FICA | | 4,479.00 | |
| 08-03-1998 | REFUND | | (2,059.00) | |
| 02-10-2003 | RECEIVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 08254-455-05051-3  20031008 | | 0.00 | 03-17-2003 |
| | QUICK ASSESSMENT 08251-059-12005-3      08 | | 24,775.00 | 02-28-2003 |
| | INTEREST ASSESSED 20031108 | | 11,003.13 | 02-28-2003 |
| | LATE FILING PENALTY 20031108 | | 3,407.40 | 03-24-2003 |
| | INTEREST ASSESSED 20031108 | | 1,576.29 | 03-24-2003 |
| | FAILURE TO PAY TAX PENALTY 20031108 | | 123.87 | 03-24-2003 |
| 03-31-2003 | UPDATED POA/TIA | | | |
| 05-02-2003 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                  PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 05-07-2003 | APPROVED INNOCENT SPOUSE REQUEST 1040-SA   199712 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 | | | |
| 08-25-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-15-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 12-16-2003 | UPDATED POA/TIA | | | |
| 01-19-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 03-24-2003 | LATE FILING PENALTY ABATED | | 3,407.40- | |
| 04-26-2004 | FAILURE TO PAY TAX PENALTY ABATED | | 123.87- | |
| | ADDITIONAL TAX ASSESSED 22254-496-05000-4  20041508 | | 0.00 | 04-26-2004 |

FORM 4340  (REV. 01-2002)              PAGE   2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 03-15-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 05-10-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-14-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| | TC400 USE NSA | | | |
| | TC402 USE NSA | | | |
| 02-28-2003 | PRIOR TAX ABATED 08251-194-86200-4 | | 24,775.00- | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO              EIN/SSN: 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
                                               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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-28-2003 | INTEREST ABATED | | 11,003.13- | |
| 03-24-2003 | INTEREST ABATED | | 1,576.29- | |
| 10-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-28-2003 | Statutory Notice of Balance Due | | | |
| 03-24-2003 | Statutory Notice of Balance Due | | | |
| 04-14-2003 | Statutory Notice of Intent to Levy | | | |
| 05-31-2004 | Statutory Notice of Intent to Levy | | | |
| 02-28-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE      4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1997
--------------------------------------------------------------------------------


BALANCE            0.00
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.    I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Poonam Bhardwaj_

PRINT NAME:_____Poonam Bhardwaj_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER: _CI Delegation #18_____

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 07/07/2006

FORM 4340  (REV. 01-2002)                    PAGE    5

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO              EIN/SSN: 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
                                               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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 111,384.00 | | | |
| | TAXABLE INCOME 82,159.00 | | | |
| | SELF EMPLOYMENT TAX 10,235.00 | | | |
| 06-09-1997 | RETURN FILED & TAX ASSESSED 08221-158-24211-7  199725 | 2,170.00 | | 06-30-1997 |
| 04-15-1997 | WITHHOLDING & EXCESS FICA | | 3,981.00 | |
| 06-30-1997 | REFUND | | (1,811.00) | |
| 02-10-2003 | RECEIVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 08254-455-05050-3  20031008 | 0.00 | | 03-17-2003 |
| | QUICK ASSESSMENT 08251-064-12005-3         08 | 25,861.00 | | 03-05-2003 |
| | INTEREST ASSESSED 20031208 | 15,013.32 | | 03-05-2003 |
| | LATE FILING PENALTY 20031208 | 2,405.00 | | 03-31-2003 |
| | INTEREST ASSESSED 20031208 | 1,502.22 | | 03-31-2003 |
| | FAILURE TO PAY TAX PENALTY 20031208 | 129.30 | | 03-31-2003 |
| 03-31-2003 | UPDATED POA/TIA | | | |
| 05-02-2003 | FEDERAL TAX LIEN | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------|------------|------------|
| 05-07-2003 | APPROVED INNOCENT SPOUSE REQUEST 1040-SA  199612 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 | | | |
| 09-15-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 12-16-2003 | UPDATED POA/TIA | | | |
| 03-31-2003 | LATE FILING PENALTY ABATED | 2,405.00- | | |
| 04-26-2004 | FAILURE TO PAY TAX PENALTY ABATED | 129.30- | | |
| | ADDITIONAL TAX ASSESSED 22254-496-05001-4  20041508 | 0.00 | | 04-26-2004 |
| | INTEREST ASSESSED 20041508 | 632.33 | | 04-26-2004 |
| 03-15-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-05-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO              EIN/SSN: 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
                                               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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                       ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------

06-21-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

06-21-2004 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

           TC400 USE NSA

           TC402 USE NSA

03-05-2003 PRIOR TAX ABATED                            25,861.00-
           08251-194-86100-4

03-05-2003 INTEREST ABATED                             15,013.32-

04-26-2004 INTEREST ABATED                                632.33-

10-18-2004 INTEREST ABATED                              1,502.22-

10-18-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

03-05-2003 Statutory Notice of Balance Due

03-31-2003 Statutory Notice of Balance Due

08-11-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE     3
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-26-2004 | Statutory Notice of Balance Due | | | |
| 05-31-2004 | Statutory Notice of Intent to Levy | | | |
| 03-05-2003 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                   PAGE     4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
--------------------------------------------------------------------------


BALANCE           0.00

--------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _Poonam Bhardwaj_

PRINT NAME:_____Poonam Bhardwaj_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER: _CI Delegation #18_____

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 07/07/2006

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1998

|  | | ASSESSMENT,<br>OTHER DEBITS | PAYMENT,<br>CREDIT | ASSESSMENT |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | (REVERSAL) | (REVERSAL) | DATE (23C,<br>RAC 006 ) |

------------------------------------------------------------------------

|  | | | | |
|---|---|---|---|---|
|  | ADJUSTED GROSS INCOME<br>      112,196.00 | | | |
|  | TAXABLE INCOME<br>       83,165.00 | | | |
|  | SELF EMPLOYMENT TAX<br>       10,839.00 | | | |
| 09-10-1999 | RETURN FILED & TAX ASSESSED<br>08221-261-01402-9  199939 | 2,399.00 | | 10-11-1999 |
| 04-15-1999 | WITHHOLDING & EXCESS FICA | | 4,819.00 | |
| 10-11-1999 | REFUND | | (2,420.00) | |
| 02-10-2003 | RECEIVED POA/TIA | | | |
|  | ADDITIONAL TAX ASSESSED<br>08254-455-05052-3  20031008 | 0.00 | | 03-17-2003 |
|  | QUICK ASSESSMENT<br>08251-059-12006-3       08 | 24,519.00 | | 02-28-2003 |
|  | INTEREST ASSESSED<br>20031108 | 8,248.09 | | 02-28-2003 |
|  | LATE FILING PENALTY<br>20031108 | 5,524.75 | | 03-24-2003 |
|  | INTEREST ASSESSED<br>20031108 | 1,865.87 | | 03-24-2003 |
|  | FAILURE TO PAY TAX<br>PENALTY<br>20031108 | 122.59 | | 03-24-2003 |
| 03-31-2003 | UPDATED POA/TIA | | | |
| 05-02-2003 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 05-07-2003 | APPROVED INNOCENT SPOUSE REQUEST 1040-SA    199812 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 | | | |
| 09-15-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 12-16-2003 | UPDATED POA/TIA | | | |
| 03-24-2003 | LATE FILING PENALTY ABATED | | 5,524.75- | |
| 04-26-2004 | FAILURE TO PAY TAX PENALTY ABATED | | 122.59- | |
| | ADDITIONAL TAX ASSESSED 22254-496-05002-4  20041508 | | 0.00 | 04-26-2004 |
| 04-26-2004 | INTEREST ABATED | | 217.30- | |
| 03-15-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-05-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| | TC400 USE NSA | | | |
| | TC402 USE NSA | | | |
| 02-28-2003 | PRIOR TAX ABATED 08251-194-86201-4 | 24,519.00- | | |
| 02-28-2003 | INTEREST ABATED | 8,248.09- | | |
| 03-24-2003 | INTEREST ABATED | 1,648.57- | | |
| 10-18-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-28-2003 | Statutory Notice of Balance Due | | | |
| 03-24-2003 | Statutory Notice of Balance Due | | | |
| 04-14-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                 EIN/SSN: 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
                                                  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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1998

|  |  | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION |  |  |  |

09-15-2003 Statutory Notice of Intent to Levy

04-26-2004 Statutory Notice of Balance Due

05-31-2004 Statutory Notice of Intent to Levy

02-28-2003 Statutory Notice of Balance Due

FORM 4340  (REV. 01-2002)                    PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1998
--------------------------------------------------------------------------------

BALANCE          0.00
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER: _____Poonam Bhardwaj_____

PRINT NAME:_____Poonam Bhardwaj_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER: CI Delegation #18_____

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 07/07/2006

FORM 4340  (REV. 01-2002)                    PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                EIN/SSN: 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
                                                 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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 113,363.00 | | | |
| | TAXABLE INCOME 83,725.00 | | | |
| | SELF EMPLOYMENT TAX 11,348.00 | | | |
| 04-15-2000 | RETURN FILED & TAX ASSESSED 08211-085-81236-0  200015 | 2,737.00 | | 04-24-2000 |
| 04-15-2000 | WITHHOLDING & EXCESS FICA | | 4,855.00 | |
| 04-24-2000 | REFUND | | (2,118.00) | |
| 02-10-2003 | RECEIVED POA/TIA | | | |
| | ADDITIONAL TAX ASSESSED 08254-456-05045-3  20031008 | 0.00 | | 03-17-2003 |
| | QUICK ASSESSMENT 08251-063-12010-3     08 | 24,001.00 | | 03-04-2003 |
| | INTEREST ASSESSED 20031208 | 5,607.55 | | 03-04-2003 |
| 03-31-2003 | UPDATED POA/TIA | | | |
| 05-02-2003 | FEDERAL TAX LIEN | | | |
| 05-07-2003 | APPROVED INNOCENT SPOUSE REQUEST 1040-SA    199912 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 | | | |
| 09-15-2003 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 12-16-2003 | UPDATED POA/TIA | | | |

FORM 4340  (REV. 01-2002)                    PAGE     1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADDITIONAL TAX ASSESSED 17254-489-05107-4  20041408 | | 0.00 | 04-19-2004 |
| 03-15-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 07-05-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-21-2004 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| | TC400 USE NSA | | | |
| | TC402 USE NSA | | | |
| 03-04-2003 | PRIOR TAX ABATED 08251-194-86202-4 | | 24,001.00- | |
| 03-04-2003 | INTEREST ABATED | | 5,607.55- | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


|  | | ASSESSMENT,<br>OTHER DEBITS<br>(REVERSAL) | PAYMENT,<br>CREDIT<br>(REVERSAL) | ASSESSMENT<br>DATE (23C,<br>RAC 006 ) |
|---|---|---|---|---|
| DATE | EXPLANATION OF TRANSACTION | | | |

--------------------------------------------------------------------------------

10-18-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

           ADDITIONAL TAX ASSESSED                        0.00          02-07-2005
           08254-765-05761-4  20050408

03-04-2003 Statutory Notice of Balance Due

05-10-2004 Statutory Notice of Intent to Levy

06-07-2004 Statutory Notice of Intent to Levy

03-04-2003 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

JEFFREY L & LISA J BAYKO                    EIN/SSN: 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
                                                     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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999
--------------------------------------------------------------------------------

BALANCE            0.00
--------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:____Poonam Bhardwaj____

PRINT NAME:_____Poonam Bhardwaj_____

TITLE:_____Supervisory Investigative Analyst_____

DELEGATION ORDER: CI Delegation #18_____

LOCATION: INTERNAL REVENUE SERVICE
          ANDOVER, MA

          ACCOUNT STATUS DATE 07/07/2006

FORM 4340  (REV. 01-2002)                    PAGE    4

**Department of the Treasury**
**Internal Revenue Service**
Stop 840F,   201 W. Rivercenter Blvd.
Covington, KY 41011

Date: APR 0 5 2003

Lisa J Bayko
7 A Graham Ave
Newbury,   MA   01951

**Social Security Number:**
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

**Tax Form:**
8857

**Tax Years(s):**
1999

**Contact Person:**
Mrs. Weiss

**Employee Identification Number:**
17-03560

**Contact Telephone Number:**
(859) 669-3731
Hours: 7:30 a.m. - 4:00 p.m. EST

**FAX Number:**
(859) 669-7187

Dear:   Lisa J Bayko

We are writing to let you know we received your request for innocent spouse relief for the year(s) shown above and to provide you information on the claim process. The enclosed Publication 971 explains innocent spouse relief in more detail.

To determine if you meet the requirements for relief, we request you complete the enclosed questionnaire and return it with a copy of this letter, in the pre addressed envelope, within 30 days. You may also FAX it to us at the number shown above.

The law requires us to notify the (ex)spouse whose name appears on the joint return(s) for which you have requested innocent spouse relief. We sent that (ex)spouse a questionnaire similar to the one we are sending you. When writing or talking to that (ex)spouse we will not disclose any current personal information about you, such as a new name address or phone number. While we wait for you and the (ex)spouse to reply we will gather other information, such as your original return(s), that is important in evaluating your claim. These actions take approximately 3 months.

Your claim and the information gathered will be given to an examiner who may need to contact you to discuss your responses to the questionnaire or obtain additional information. The examiner will make a decision based on all available information and we will send you a letter explaining the decision. At our current inventory level, these actions take approximately 6 additional months.

If you are granted full relief, no additional action on your part will be necessary. If you are not granted full relief you can decide to agree, or disagree by asking the IRS Appeals office nearest you to review the decision. If you do not reply to the first determination letter we will issue a final determination letter. At that time you can again decide to agree, or disagree by filing a petition with the United States Tax Court.

5

Generally, **while your claim is pending,** the IRS will not try to collect the tax from you for the claim year(s). For example, if you are due a refund for another year, we will not apply it against the unpaid taxes for the claim year(s). Because of this, the time we have to collect the tax from you will be extended for a similar period. The collection time will not be extended if your claim is only for a balance due shown on a return when filed, but not paid.

Even if your claim is allowed in full, not all innocent spouse relief provisions allow refunds of amounts you paid. This includes payments you make while your claim is pending. Therefore, you should carefully consider the decision to make payments.

If you have any questions about this letter, please contact the person whose name and telephone number are shown on the first page of this letter.

Sincerely yours,

Diana Huebner.
Manager

Enclosures:
Questionaire
Copy of Letter
Return Envelope
Publication 971
Notice 609

Cc - To POA

<u>REQUEST FOR INNOCENT SPOUSE RELIEF</u>

<u>FORM 8857</u>

<u>REQUESTING SEPARATION OF LIABILITY</u>

<u>YEAR 1999</u>

TAXPAYER: LISA J. BAYKO
7A GRAHAM AVE
NEWBURY, MA 01812
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

To Whom It May Concern:

I, LISA J. BAYKO, HAVE BEEN DIVORCED FROM MY HUSBAND,

JEFFREY L. BAYKO, SINCE MAY 24, 2002 AND HAVE LIVED APART

AT ALL TIMES DURING THE 12-MONTH PERIOD PRIOR TO THE

DATE OF THE FILING OF THE FORM 8857.

THE ONLY INCOME REFLECTED ON THE ORIGINALLY JOINTLY

FILED FORM 1040 FOR 1999 FOR WHICH I AM RESPONSIBLE FOR THE TAXES

ARE MY WAGES FROM THE INSTITUTION FOR SAVINGS OF NEWBURYPORT,

MASS.

I AM HEREBY REQUESTING A COMPUTATION OF SEPARATE TAX

LIABILITY.

I HAVE NO KNOWLEDGE OF THE NATURE OF THE INCOME WHICH

CREATED THE ADDITIONAL TAX REFLECTED ON THE 3/4/2003 NOTICE.

IF A FORM 1040X WAS FILED REFLECTING MY SIGNATURE, THE SIGNATURE

WAS PLACED ON THE FORM WITHOUT MY KNOWLEDGE.

LISA J. BAYKO

Form **8857**

(Rev. May 2002)

Department of the Treasury
Internal Revenue Service

## Request for Innocent Spouse Relief

(And Separation of Liability and Equitable Relief)

▶ Do not file with your tax return.   ▶ See instructions.

OMB No. 1545-1596

**Do not file this form if:**

● You did not file a joint return for the year(s) for which you are requesting relief. However, if you lived in a community property state, see instructions.

● All or part of your overpayment was (or is expected to be) applied against your spouse's past-due debt (such as child support). Instead, file **Form 8379,** Injured Spouse Claim and Allocation, to apply to have your share of the overpayment refunded to you.

**TIP** *To see if you may qualify for **Innocent Spouse Relief,** go to www.irs.gov, click on "Individuals," "Innocent Spouses," and "Explore if you are an Eligible Innocent Spouse"; or see **Pub. 971,** Innocent Spouse Relief.*

| Part I | Your current name (see instructions) | Your social security number |
|---|---|---|

**Part I**

See **Spousal Notification** in the instructions.

Your current name (see instructions)
LISA J. BAYKO

Your social security number
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

Your current home address (number and street). If a P.O. box, see instructions.
7A GRAHAM AVE.

Apt. no.

City, town or post office, state, and ZIP code. If a foreign address, see instructions.
NEWBURY, MA 01951

Daytime phone number
(881) 893-2568

*If you have been a victim of domestic abuse and fear that filing a claim for innocent spouse relief will result in retaliation, check here* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**Part II**

1 Enter the year(s) for which you are requesting relief from liability of tax ▶ 1999
2 Information about the person to whom you were married as of the end of the year(s) in line 1.

Name
JEFFREY L BAYKO

Social security number
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

Current home address (number and street). If a P.O. box, see instructions.
225 IPSWICH ROAD OR PO BOX 249

Apt. no.

City, town or post office, state, and ZIP code. If a foreign address, see instructions.
BOXFORD, MA 01921

Daytime phone number
(978) 265-2870

3 Do you have an **Understatement of Tax** (that is, the IRS has determined there is a difference between the tax shown on your return and the tax that should have been shown)?
☒ **Yes.** Go to Part III.          ☐ **No.** Go to Part V.

**Part III**

4 Are you divorced from the person listed on line 2 or has that person died?
☒ **Yes.** Go to line 7.          ☐ **No.** Go to line 5.
5 Are you legally separated from the person listed on line 2?
☐ **Yes.** Go to line 7.          ☐ **No.** Go to line 6.
6 Have you lived apart from the person listed on line 2 at all times during the 12-month period prior to filing this form?
☒ **Yes.** Go to line 7.          ☐ **No.** Go to Part IV.
7 If line **4, 5,** or **6** is Yes, you may request **Separation of Liability** by **attaching a statement** (see instructions). Check here ▶ ☒ and go to Part IV.

**Part IV**

8 Is the understatement of tax due to the **Erroneous Items** of your spouse (see instructions)?
☐ **Yes.** You may request **Innocent Spouse Relief** by **attaching a statement** (see instructions). Go to Part V.          ☐ **No.** You may request **Equitable Relief** for the understatement of tax. Check **Yes** in Part V.

**Part V**

9 Do you have an **Underpayment of Tax** (that is, tax that is properly shown on your return but not paid) or another tax liability that qualifies for **Equitable Relief** (see instructions)?
☐ **Yes.** You may request **Equitable Relief** by **attaching a statement** (see instructions).          ☐ **No.** You cannot file this form unless line 3 is **Yes.**

Under penalties of perjury, I declare that I have examined this form and any accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here**
Keep a copy for your records.

Your signature
LB  *Lisa J. Bayko*

Date
3/15/2003

**Paid Preparer's Use Only**

Preparer's signature
*Paul S. Bean CPA*

Date
3/25/2003

Check if self-employed ☒

Preparer's SSN or PTIN
P00187690

Firm's name (or yours if self-employed), address, and ZIP code
BEAN AND ASSOCIATES
530 LORING AVE, SALEM, MA 01970

EIN 04-2757824

Phone no. (978) 744-0015

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

ISA
STF FED9049F

Form **8857** (Rev. 5-2002)

```
2120                                    COURT RECORDING DATA
-----------------------------------------+---------------------------------------
        INTERNAL REVENUE SERVICE          | Lien Recorded   : 05/07/2003 - 13:54PM
        FACSIMILE RELEASE of TAX LIEN     | Recording Number:
                                          | UCC Number      :
                                          | Liber           : 15187
                                          | Page            : 118
                                          | *Lien Part Rel* : 05/25/2003
-----------------------------------------+---------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1    | IRS Serial Number: 40323105
Lien Unit Phone: (617) 316-2575          |
---------------------------------------------------------------------------------
```

I certify that as to the following-named taxpayer, the requirements of section 6325(a) of the Internal Revenue Code have been satisfied for the taxes listed below and for all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released.

---

Name of Taxpayer :
    LISA J BAYKO only.*  LISA J BAYKO only, in the
    liability of JEFFREY L & LISA J BAYKO.

---

Residence :
    7A GRAHAM AVE
    NEWBURY, MA 01851

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|----------|------------|---------------|--------------|---------------------|--------------------|
| 1040 | 12/31/1996 | 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 | 03/05/2003 | 04/04/2013 | 44911.00 |
| 1040 | 12/31/1997 | 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 | 02/28/2003 | 03/30/2013 | 40885.00 |
| 1040 | 12/31/1998 | 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 | 03/17/2003 | 04/16/2013 | 40280.00 |
| 1040 | 12/31/1999 | 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 | 03/17/2003 | 04/16/2013 | 29609.00 |

*Under Internal Revenue Code Section 6015, with respect to the tax liabilities of LISA J BAYKO only, relief has been granted for the income tax liabilities secured by the subject lien. This justifies the issuance of this certificate that releases the subject lien only insofar as it relates to LISA J BAYKO in the liability of JEFFREY L & LISA J BAYKO. The lien is not released as it relates to JEFFREY L BAYKO, 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.*

```
---------------------------------------------------------------------------------
Filed at:   Registry of Deeds
            Northern Middlesex County              Total  |  $   155686.00
            Lowell, MA  01853                             |
---------------------------------------------------------------------------------
```

This notice was prepared and executed at BOSTON, MA on this, the 25th day of May, 2003.

---

Authorizing Official:
    Tech Support Mgr

7

12/23/2003  13:47    617-316-2500          IRS CASE PROCESSING          PAGE  03

9071                                        COURT RECORDING DATA
----------------------------------------+------------------------------------
        INTERNAL REVENUE SERVICE         | Lien Recorded   : 05/07/2003 - 13:54PM
FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number:
                                         | UCC Number    :
                                         | Liber         : 15187
                                         | Page          : 118
                                         | ** Partial Rel** 05/25/2003
----------------------------------------+------------------------------------
Area: SMALL BUSINESS/SELF EMPLOYED #1    | IRS Serial Number: 40323105
Lien Unit Phone: (617) 316-2575          |
--------------------------------------------------------------------------------
                   This Lien Has Been Filed in Accordance with
                   Internal Revenue Regulation 301.6323(f)-1.

--------------------------------------------------------------------------------
Name of Taxpayer :
  JEFFREY L & LISA J BAYKO


--------------------------------------------------------------------------------
Residence :
  7A GRAHAM AVE
  NEWBURY, MA 01851
--------------------------------------------------------------------------------
With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).
------+----------+-----------+------------+---------------+-----------------
Form  | Period   | ID Number | Assessed   | Refile Deadline | Unpaid Balance
(a)   | (b)      | (c)       | (d)        | (e)           | (f)
------+----------+-----------+------------+---------------+-----------------
1040  | 12/31/1996 | 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 | 03/05/2003 | 04/04/2013    | 44911.00
1040  | 12/31/1997 | 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 | 02/28/2003 | 03/30/2013    | 40886.00
1040  | 12/31/1998 | 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 | 03/17/2003 | 04/16/2013    | 40280.00
1040  | 12/31/1999 | 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 | 03/17/2003 | 04/16/2013    | 29609.00




--------------------------------------------------------------------------------
Filed at:    Registry of Deeds                    |
             Northern Middlesex County     Total  | $   155686.00
             Lowell, MA 01853                      |
--------------------------------------------------------------------------------
This notice was prepared and executed at BOSTON, MA
on this, the 01st day of May, 2003.
--------------------------------------------------------------------------------
Authorizing Official:               | Title:
  MICHAEL HOMSEY                     | REVENUE OFFICER       21-07-2730

**Commonwealth of Massachusetts**
**The Trial Court**

Errel _____ Division       Probate and Family Court Department       Docket No. 01 D0875 OV1

Order — Judgment on Complaint for Civil/Criminal Contempt

filed on _NOV 17, 2006_

_Liza J Bayko_ , Plaintiff

v.

_Jeffrey L. Bayko_ , Defendant

I.   After hearing, it is adjudged that the defendant is:

☐   NOT GUILTY of Contempt of this Court.

☑   GUILTY of Contempt of this Court for having willfully:

☑ A.   neglected and refused to pay child support/alimony, the arrearage of which is fixed
at $65,000.00 .

☐ B.   neglected and refused to pay health insurance premiums for the plaintiff and/or minor
child(ren)

☐ C.   neglected and refused to pay medical bills in the amount of $_____.

☐ D.   neglected and refused to allow the plaintiff visitation with the minor child(ren) on

_____

_____ .

☐ E.   neglected and refused to report to the Probation Department regarding his/her job
seeking efforts.

☐ F.   neglected and refused to pay the attorney fees owed to plaintiff's attorney in the amount
of $_____.

☐ G.   _____

_____

_____

_____

_____ .

(OVER)

8

CJ-D 404 (10/96)

II.    It is ordered that:

☐    A.    the defendant pay $_____ weekly/monthly ($_____
of which shall be applied against the arrearage).

☐    B.    the defendant pay $_____ weekly/monthly towards the arrearage of
$_____.

☐    C.    the parties shall comply with the stipulation dated_____
which is incorporated and merged into this order/judgment.

☐    D.    the defendant shall report in person to the Probation Department of this Court
each week with evidence of having sought employment from at
least_____ employers. The defendant shall provide the Probation
Department with the name, address, and telephone number of the employers and a
copy of his/her job application or other proof of having actually applied for work.
VIOLATION OF THIS PARAGRAPH SHALL BE DEEMED CRIMINAL CONTEMPT OF
COURT AND MAY SUBJECT THE DEFENDANT TO A JAIL SENTENCE OF UP TO
SIX MONTHS.

☐    E.    the defendant shall pay attorney fees in the amount of $_____
and the cost of service of process which was necessary on this complaint, to wit,
$_____.

☐    F.    _____
_____
_____
_____
_____

III.    It is further ordered that:

☑    A.    the defendant be committed to jail for_____ 176 days or until he/she shall
purge him/herself of said contempt by payment of $ 7500.00 OR until
further order of the Court OR until he/she be otherwise discharged by due course of
law. payable to Commonwealth of Massachusetts

☑    B.    this sentence be suspended until   01-16-07.

☑    C.    this matter is continued to June 12, 2007. (2-76)
neither party need appear if in compliance

Date   01-09-07                              _____
                                             Justice of the Probate and Family Court

cm 176-07

<u>Response to Complaint</u>

Jeffrey Bayko
7 Graham Ave.
Newbury, MA 01951-1208
Tel.(978) 465-3076

To whom it may concern,

I have not been working because of a disability claim. I have been disabled and am waiting for disability compensation.

Also with the settlement on my moneys from the sale of the house there should be an adequate amount to cover support due since getting out of prison on 3/16/07.

Thank you kindly

Jeffrey Bayko

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

_____
                                                              )
GMAC MORTGAGE CORPORATION,          )
                                              Plaintiff        )
                                                              )
                                                              )
V.                                                          )
                                                              )
JEFFREY L. BAYKO, LISA J. BAYKO,          )
HELEN E. BAYKO, MICHAEL J. BAYKO,     )
HANS HAILEY, AND THE UNITED               )
STATES OF AMERICA,                              )
                                              Defendant     )
_____)

**DEFENDANT LISA BAYKO'S
MOTION FOR SUMMARY JUDGMENT
AS TO THE UNITED STATES OF AMERICA
(Pursuant to Rule 56(b) of the Federal Rules of
Civil Procedure and Local Rules 7.1 and 56.1)**

Now comes the Defendant Lisa J. Bayko and hereby requests that this Honorable

Court grant her summary judgment with regards to the United States of America. It is the

defendant's position that based upon the facts as asserted below there no genuine triable

issue. Celotex Corp. v. Catrett, 477 U.S. 317, 324, 106 S.Ct. 2548, 91 L.Ed.2d 265

(1986).

## STATEMENT OF FACTS

1.      The Defendants Jeffrey L. Bayko and Lisa Bakyo were divorced on May 24,

2002. The Separation Agreement was incorporated into the Judgment of Divorce Nisi

with the exception of those provisions relating to health insurance, alimony, child

custody, support and maintenance and visitation children, which were merged into the

judgment of divorce. (**Exhibit 1** Judgment of Divorce Nisi and Separation Agreement

recorded and docketed on recorded and docketed on May 24, 2002 at the Essex County

Probate and Family Court, Salem, MA)

2.      The Defendant Hans Hailey represented the Defendant Jeffrey L. Bayko in the

divorce proceedings and post divorce proceedings.

3.      The Separation Agreement dated May 24, 2002 as executed by Lisa J. Bayko and

Jeffrey L. Bayko and notarized by the Defendant Hans Hailey on behalf of Jeffrey L.

Bayko made provision for the division of the parties property and liabilities and stated

summarily in pertinent part:

>      **Separation Agreement, Article III, Section G** , paragraph 1: the marital home
>
>      was to be placed on the market for sale and "the balance of the proceeds shall be
>
>      divided equally between the Husband and the Wife, but only after Wife is paid the
>
>      following from said proceeds:
>
>      a.      The entire amount for delinquent child support payments owed through
>
>      the date of this Agreement is adopted by the Essex County Probate & Family
>
>      Court.  The delinquent child support through April 26, 2002 is $13,200.00.

2

(Separation Agreement, Article III, Section G, Paragraph 1(a)).

b.      The sum of $9,000.00 shall be paid to Wife, which represents one-half of

the proceeds of a settlement that Husband received from Nault Honda in

Windham, New Hampshire, in a defective motorcycle claim. (Separation

Agreement, Article III, Section G, Paragraph 1(b)).

c.      The sum of $13,000.00 shall be deducted from Husband's one-half share

shall represent one year's advanced payment of child support. (Separation

Agreement, Article III, Section G, Paragraph 1(c)).

d.      The parties agreed that "he or she shall neither contract nor incur any

expenses, debts, charges or liabilities in the name or upon the credit of the

other not for which the other or the other's legal representative, property or estate

will or may become liable." (Separation Agreement, Article III, Section J,

Paragraph 2)

e.      From the proceeds of the sale of the marital home, $66,000.00 shall be

given to Attorney Gary Evans to be held in escrow.  Attorney Gary Evans shall

negotiate payment of the "marital debt."  He shall than pay the "marital debt" and,

after deducting his fees for those services, pay the remaining portion in equal

shares to the parties.  "Marital debt" shall mean those liabilities listed on the

financial statement of the Husband filed on May 30, 2001. (**Exhibit 1**, Separation

Agreement, Article III, Section G, Continued).


4.      At the time of the Divorce, May 24, 2002, Jeffrey L. Bayko submitted a financial

statement signed under the pains and penalties of perjury and attested to by Defendant

3

Hans Hailey and stated that the amount of his tax debt was "?" (**Exhibit 2** Financial Statement of Jeffrey L. Bayko dated May 24, 2002).

5.      On May 1, 2003,  as part of the contempt judgment, the Court (J. Kagan) ordered, "when the marital home is sold, the Defendant share of the net proceeds shall be held in escrow by both Plaintiff's and Defendant's counsel pending further order of the Court." Judge Kagan sentenced Jeffrey L. Bayko to 90 days in jail. (**Exhibit 3** Order dated May 1, 2003)  On July  2, 2003,  Jeffrey L. Bayko signed a stipulation  that "any uninsured medical and college expenses owed by the [Jeffrey L. Bayko] shall be paid out of the monies held in the escrow account as Ordered by Judge Kagan on 5/1/03" (**Exhibit 3** Order and Stipulation dated July 2, 2003).


**Tax Liens and Innocent Spousal Relief**

6.      In September of 2002, the Defendant, Jeffrey L. Bayko filed on behalf of himself and Lisa Bayko amended tax returns with the Internal Revenue Service for years 1996, 1997, 1998 and 1999. Jeffrey L. Bayko did so without the authorization of Lisa Bayko. Lisa Bayko did not receive notice of the filings until late fall 2002 or early winter 2003.

7.      On March 17, 2003, Lisa Bayko applied for the Innocent Spouse Relief through an accountant Earl Bean of Salem, MA.  Lisa Bayko completed Form 8857 and attached to the form was a statement explaining why she qualified for relief. (**Exhibit 4**)  Included in that application was information with regards to her divorce and how Jeffrey L. Bayko filed amended tax returns.  Upon submission of her application for Innocent Spousal Relief Ms. Holland of the Taxpayers Advocate Office intercepted on her behalf.

8.      On April 5, 2003, the Internal Revenue Service acknowledged receipt of Lisa

Bayko's application for Innocent Spousal Relief and stated that said application would be

given to an examiner. (**Exhibit 5, Letter from the Internal Revenue service dated**

**April 5, 2003**)

9.      As of April 5, 2003, the Internal Revenue service had actual notice of her

judgment of divorce.

10.     On May 2, 2003, the Internal Revenue Service recorded tax liens on Jeffrey L.

Bayko's and Lisa Bayko's residence at 7A Graham Avenue, Newbury, MA. As of the

date of recording the tax liens amounted to $155,686.00. **(Exhibit 7, Recordation of tax**

**liens and release of Lisa J. Bayko)**

11.     On May 7, 2003, the Internal Revenue Service approved Lisa Bayko's

Application for Innocent Spousal Relief. **(Exhibit 7, Recordation of tax liens and**

**release of Lisa J. Bayko)**

12.     On May 25, 2003, the Internal Revenue Service recorded a release of the tax liens

as to Lisa Bayko, giving her spousal immunity for tax years 1996, 1997, 1998 and 1999.

**(Exhibit 7, Recordation of tax liens and release of Lisa J. Bayko)**

13.     Lisa Bayko did not receive notice of her immunity until December 11, 2003,

when she was informed by Miss Ham of the Internal Revenue Service (ID # 5907351)

that she received spousal immunity for all four years, 1996, 1997, 1998 and 1999. **(See**

**Affidavit of Lisa Bayko).**

14.     The Internal Revenue Service still maintains liens on Jeffrey L. Bayko's share of

the proceeds, which were meant to be used to satisfy monies owed to Lisa Bayko under

the Judgment of Divorce Nisi and the terms of the Separation Agreement for the care and

maintenance of the children.

15.	The United States of America, Internal Revenue Service, did not have possession

of documents relative to Lisa Bayko's Application for Innocent Spousal Relief. (**Exhibit**

**6, United States of America's Response to Lisa Bayko's Request for Production of**

**Documents and documents produced)**.


**The Mortgages**

16.	On or about July 19, 2002, the Defendant Jeffrey L. Bayko encumbered the

property at 7A Graham Ave., Newbury, Massachusetts by granting to his parents, the

Defendants, Michael Bayko and Helen Bayko, a mortgage in the amount of $46,360.00;

Said mortgage was drafted and notarized by Attorney Gary Evans and recorded by him

on August 12, 2002 at the South Essex County Registry of Deed. The defendant

encumbered the property again on May 25, 2003, the Defendant Jeffrey L. Bayko again

encumbered the property at 7A Graham Ave., Newbury, Massachusetts by granting to the

Defendants, Michael Bayko and Helen Bayko, a mortgage in the amount of $6,304.00;

the mortgage was drafted by Attorney Gary Evans and was recorded the same on July 8,

2003.

17.	After a hearing on a complaint for contempt dated August 13, 2003, the Essex

County Probate & Family Court found the Defendant Jeffrey L. Bayko in Contempt for

conveying the Mortgages dated July 19, 2002 and May 25, 2003 to his parents Helen

Bayko and Michael Bayko and further ordered that said mortgages were invalid as to Lisa

J. Bayko.

**The Foreclosure**

18.     GMAC scheduled a foreclosure sale on September 15, 2003 and prior to the sale

pending, the Defendant Jeffrey L. Bayko filed for Bankruptcy. (Jeffrey L. Bayko's

Bankruptcy was dismissed on March 24, 2004).

19.     After the Bankruptcy Trustee abandoned the property located on 7A Graham

Ave., on March 12, 2004, GMAC foreclosed 7A Graham Ave., Newbury and the

property was sold at auction for $307,500.00 and there were surplus funds of

$186,742.59.

**United States District Court Action**

20.     On May 12, 2005, Lisa Bayko paid Jeffrey L. Bayko's debt to the Massachusetts

Department of Revenue in the amount of $10,220.90, to remove the Department of

Revenue as a party Defendant to this action thereby resolving the jurisdictional issue and

permitting this action to proceed in the United States District Court.

21.     On May 12, 2005, GMAC retained $11,045.00 from Lisa Bayko's share of the

sales proceeds, representing Jeffrey L. Bayko's one-half interest in the event that the

Defendant United States is successful in their marshalling claim.

22.     After a hearing on Motions for Summary Judgment, on August 10, 2006, United

States District Court Magistrate Judge Marianne B. Bowler recommended that the

mortgages between Jeffrey L. Bayko and Helen and Michael Bayko should be set aside.

**Damages to Lisa Bayko**

23.     Between September of 2004 and January of 2007, Jeffrey L. Bayko has been
incarcerated five times for periods of 150 days or more for non-payment of child support.
His current arrearage is $65,000.00 (**Exhibit 8** Judgment of Contempt dated January 9,
2006).  Jeffrey Bayko's response to the latest complaint for contempt dated November
17, 2006 was "the settlement proceeds from the sale of the house...should be an adequate
amount to cover support since getting out of prison on 3/17/06". (**Exhibit 9**, Response to
Complaint).

24.     Pursuant to the Judgment of Divorce Nisi and other Orders of the Court the
Defendant Lisa Bayko is entitled to recover from Jeffrey L. Bayko's share of the
proceeds:

        One year's child support in advance:
(Separation Agreement, Article III,
Section G, Paragraph 1(c)).              $13,000.00

        Child Support Arrears, Contempt
Judgment dated September 23, 2004,
which includes $13,200.00 owed at the
time of the parties' divorce, as reflected in
the separation agreement. (Separation Agreement,
Article III, Section G, Paragraph 1(a)).
                        $65,000.00

        College Tuitions;
(Separation Agreement, Article III,
Section K)
And Order dated July 2, 2003          $ 7,413.99

        Defendant Jeffrey L. Bayko's Credit
Card Liabilities(Separation Agreement,
Article III, Section J, Paragraph 2)     $ 4,475.73

        Joint Credit Card Debts

Separation Agreement
(Separation Agreement, Article III,
Section G, Continued)                         $33,000.00


Uninsured Medical Expenses
(Separation Agreement, Article III,
Section E, Paragraph 4).
Order dated July 2, 2003                       $1,553.33


Settlement Proceeds
(Separation Agreement, Article III,
Section G, Paragraph 1(b))                     $9,000.00

                              **Total**        **$ 133,423.07**


**WHEREFORE** the Defendant Lisa Bayko respectfully requests that this

Honorable Court allow her motion for summary judgment as to the United States of

America and grant her relief in the amount of $133,423.07 plus $10,220.90 that was paid

out of her share of the proceeds to pay –off Jeffrey L. Bayko's debt with the Department

of Revenue so that this action could proceed in the United States District Court and

$11,045.00 being held for the marshalling claim.

In support of the Defendant Lisa Bayko's Motion are:


**A.      Affidavit of Lisa Bayko**

**B.      Exhibits**

    1.      Judgment of Divorce Nisi and Separation Agreement

    2.      Financial Statement of Jeffrey L. Bayko dated  May 24, 2002

    3.      Order of the Essex County Probate & Family Court dated May 1,
            2003 and Order and Stipulation dated July 2, 2003

    4.      Application for Innocent Spousal Relief dated March 15, 2003;

5.      Acknowledgement of receipt of Application for Innocent Spousal Relief dated April 5, 2003;

6.      Defendant United states of America Response to Lisa Bayko's Request for Production of Documents: IRS transcripts for 1996, 1997, 1998 and 1999

7.      IRS Tax Lien and Release of Lisa Bayko from Lien

8.      Judgment of Contempt dated January 9, 2007

9.      Jeffrey L. Bayko's Answer to the Complaint for Contempt

Respectfully submitted, The Defendant, Lisa J. Bayko by her Counsel,

/s/ CHRISTINE ANN FARO

_____
CHRISTINE ANN FARO
BBO #  552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 28th day of March 2007, I served a copy of the Defendant Lisa J. Bayko's edited  Motion for Summary Judgment as to the United States of America upon the parties of record by serving a copy of the same upon their counsel of record by e-mail as follows:

Attorney Gene R. Charny
Attorney Hans Hailey                          Attorney Timothy Sullivan
225 Friend Street                             Andover Law, P.C.
Boston, MA 02144                               451 Andover Street
                                              Andover, MA 01845
Pamela Grewal
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

/S/ CHRISTINE ANN FARO

_____
CHRISTINE ANN FARO

10