UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION, | ) |
| Plaintiff | ) |
| | ) |
| V. | ) |
| | ) |
| JEFFREY L. BAYKO, LISA J. BAYKO, | ) |
| HELEN E. BAYKO, MICHAEL J. BAYKO, | ) |
| HANS HAILEY, AND THE UNITED | ) |
| STATES OF AMERICA, | ) |
| Defendant | ) |

**DEFENDANT, LISA J. BAYKO'S**
**NOTICE OF FILING BY MAIL**

The Defendant Lisa Bayko will be filing Exhibit One that is attached to her Motion for Summary Judgment. Exhibit One, Separation Agreement of Jeffrey L, Bayko, Sr. and Lisa J. Bayko dated May 24, 2002. The documents contains material relative to minors.

                                                            Respectfully Submitted,
                                                            The Defendant, Lisa Bayko,
                                                            By Her Attorney,

                                                            /s/ Christine Ann Faro
                                                            _____
                                                            CHRISTINE ANN FARO
                                                            BBO # 552541
                                                            79 State Street
                                                            Newburyport, MA 01950
                                                            (978) 462-4833

## CERTIFICATE OF SERVICE

I, Christine Ann Faro, Attorney for the Defendant, Lisa J. Bayko, hereby certify that on this 26th day of March, 2007, I served a copy of the Defendant Lisa Bayko's Notice of Filing by Mail upon the parties by serving a copy of the same upon their counsel of record by e-filing to:

| | |
|---|---|
| Attorney Gene R. Charny | |
| Attorney Hans Hailey | Attorney Timothy Sullivan |
| 225 Friend Street | Andover Law, P.C. |
| Boston, MA 02144 | 451 Andover Street |
| | Andover, MA 01845 |
| Pamela Grewal | |
| Trial Attorney, Tax Division | |
| U.S. Department of Justice | |
| Post Office Box 55, | |
| Ben Franklin Station | |
| Washington, D.C. 20044 | |

                                                            /s/ Christine Ann Faro
                                                           _____
                                                            CHRISTINE ANN FARO