# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

| |
|---|
| **GMAC MORTGAGE CORPORATION,**    Plaintiff <br><br> v. <br><br> **JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,**    Defendants |

### DEFENDANT HANS R. HAILEY'S NOTICE OF PARTIAL NON OPPOSITION AND PARTIAL OPPOSITION TO LISA J. BAYKO'S MOTION FOR SUMMARY JUDGMENT AS TO THE UNITED STATES OF AMERICA

The Defendant, Hans R. Hailey, ("Hailey"), hereby provides notice that he does not oppose Lisa Bayko's Motion for Summary Judgment as to the United States to the extent that it determines the priority order between Lisa Bayko and the United States.

Hailey does oppose the motion to the extent that Lisa Bayko re-argues that which has already been argued in front of Magistrate Judge Bowler and Hailey opposes the relief she seeks. Procedurally, Lisa Bayko's re-arguing the issue of notice is improper as she failed, pursuant to Fed .R.Civ. P. Rule 72(b) and Rules for United States Magistrates

1

in the United States District Court for the District of Massachusetts Rule 3(c), to file properly any opposition to the Report and Recommendations of Magistrate Judge Bowler.

Nonetheless, Hailey asserts and does not waive his superior priority position as to Lisa Bayko, Helen and Michael Bayko, and the United States of America. Hailey further states that his priority position is superior to all other parties both by recording date and by the recommendation of Magistrate Judge Bowler.

Dated: April 4, 2007                                      Respectfully submitted,
                                                          For the Plaintiff:

                                                          /S/ Gene R. Charny
                                                          ―――――――――――――――
                                                          Gene R. Charny

### CERTIFICATE OF SERVICE

I, Gene R. Charny, attorney for the defendant, Hans R. Hailey, hereby certify that on this 2nd day of April, 2007, I served copies of **Defendant Hans R. Hailey's Notice of Partial Non Opposition and Partial Opposition to Lisa J. Bayko's Motion for Summary Judgment as to the United States of America,** by e-filing to the following;

Christine A. Faro, Esq.                      Timothy Sullivan, Esq.
79 State Street                              Andover Law, P.C.
Newburyport, Massachusetts 01950             451 Andover Street
                                             Andover, Massachusetts 01845

Pamela Grewal
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

                                                          /S/ Gene R. Charny
                                                          ―――――――――――――――
                                                          Gene R. Charny

2