# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**CASE NO. 05-11746GAO**

| |
|---|
| **GMAC MORTGAGE CORPORATION,** <br>    Plaintiff <br><br> v. <br><br> **JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,** <br>    Defendants |

### DEFENDANT HANS R. HAILEY'S RESPONSE TO HELEN E. BAYKO AND MICHAEL J. BAYKO'S OPPOSITION TO LISA J. BAYKO'S MOTION FOR SUMMARY JUDGMENT AS TO THE UNITED STATES OF AMERICA

Helen E. Bayko and Michael J. Bayko oppose Lisa Bayko's motion because she is re-arguing issues that have already been argued before Magistrate Judge Bowler. Yet at the same time, Helen and Michael Bayko do exactly that which they charge Lisa Bayko of doing, re-arguing issues that have already been argued before Magistrate Judge Bowler.

Helen and Michael Bayko filed a timely Request for Reconsideration of the Report and Recommendations of Magistrate Judge Bowler pursuant to Fed .R.Civ. P. Rule 72(b) and Rules for United States Magistrates in the United States District Court for the District of Massachusetts Rule 3(c). However, they improperly argue the issue in their

Opposition to Lisa Bayko's Motion for Summary Judgement as to the United States of America.

Hans R. Hailey asserts and does not waive his superior priority position as to Helen and Michael Bayko, Lisa Bayko, and the United States of America. Hailey further states that his priority position is superior to all other parties both by recording date and by the recommendation of Magistrate Judge Bowler.

Dated: April 4, 2007                                    Respectfully submitted,
                                                        For the Plaintiff:

                                                        /S/ Gene R. Charny
                                                        _____
                                                        Gene R. Charny

## CERTIFICATE OF SERVICE

I, Gene R. Charny, attorney for the defendant, Hans R. Hailey, hereby certify that on this 2nd day of April, 2007, I served copies of **Defendant Hans R. Hailey's Notice of Partial Non Opposition and Partial Opposition to Lisa J. Bayko's Motion for Summary Judgment as to the United States of America,** by e-filing to the following;

Christine A. Faro, Esq.                  Timothy Sullivan, Esq.
79 State Street                          Andover Law, P.C.
Newburyport, Massachusetts 01950         451 Andover Street
                                         Andover, Massachusetts 01845

Pamela Grewal
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

                                                        /S/ Gene R. Charny
                                                        _____
                                                        Gene R. Charny