IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GMAC MORTGAGE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-11746-GAO |
| | ) | |
| JEFFREY L. BAYKO, SR., et al., | ) | |
| | ) | |
| Defendants. | | |

MOTION FOR CONTINUANCE

The United States of America moves for a continuance of the oral argument currently scheduled for May 3, 2007.

In support of its motion, the undersigned submits the following:

1. On March 26, 2007 defendant Lisa Bayko filed a motion for summary judgment as against the United States of America.

2. On April 5, 2007 the Court scheduled a hearing on that motion. The hearing is currently scheduled for May 3, 2007.

3. On April 19, 2007 the United States filed its response to Ms. Bayko's motion.

4. The United States filed a cross-motion for summary judgment against Ms. Bayko on April 27, 2007

5. A continuance of the hearing will allow Ms. Bayko to respond to the United States' cross-motion prior to the hearing, and will allow the Court to hear Ms. Bayko's motion and the United States' cross-motion at the same hearing.

2429880.1

6. The undersigned attorney has discussed this with Ms. Bayko's attorney, Christine Faro, who has indicated that she does not oppose this motion. Ms. Faro has further stated that she will be out of the country from June 7, 2007 through June 18, 2007.

WHEREFORE, the United States of America respectfully requests that this court continue the oral argument currently scheduled for May 3, 2007.

> Respectfully Submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> _/s/ Pamela Grewal_
> PAMELA GREWAL
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 55
> Ben Franklin Station
> Washington, D.C.  20044
> Telephone:  (202) 307-6403
> Fax: (202) 514-5238
> E-mail: Pamela.Grewal@usdoj.gov

I certify that a true copy of the above document was served upon each party appearing pro se, and the attorney of record for each other party, by first-class mail, or through the Court's ECF filing system, on April 27, 2007.

> _/s/ Pamela Grewal_
> PAMELA GREWAL

2429880.1