IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-11746-GAO |
| ) | |
| JEFFREY L. BAYKO, SR., et al., ) | |
| ) | |
| Defendants. | |

UNOPPOSED MOTION TO CONTINUE HEARINGS
ON SUMMARY JUDGMENT MOTIONS

The United States of America moves this Court to continue the hearings on the summary judgment motions filed by the United States and Lisa Bayko, respectively. In support of this motion, the undersigned attorney submits the following:

1. The hearings on the summary judgment motions of the United States and Lisa Bayko, respectively, are currently scheduled for May 25, 2007 at 11:00 a.m.

2. Counsel for the United States are unavailable to appear at the hearing.

3. Mr. Marc Duffy, Clerk to Magistrate Bowler, informed the undersigned attorney that the hearing could be rescheduled to June 4, 2007 at 11:00 a.m.

4. The undersigned attorney has contacted all attorneys who have entered an appearance in the action; all of those attorneys have indicated that they have no opposition to rescheduling the hearing to June 4, 2007.

2456081.1

WHEREFORE, the United States of America respectfully requests that this Court continue the hearing on the summary judgment motions to June 4, 2007 at 11:00 a.m.

Respectfully Submitted,

*/s/ Pamela Grewal*
PAMELA GREWAL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6403
Fax: (202) 514-5238
E-mail: Pamela.Grewal@usdoj.gov

I certify that a true copy of the above document was served upon each party appearing pro se, and the attorney of record for each other party, by first-class mail, or through the Court's ECF filing system, on May 15, 2007.

*/s/ Pamela Grewal*
PAMELA GREWAL

2456081.1