UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

_____
                                    )
GMAC MORTGAGE CORPORATION,          )
                       Plaintiff    )
                                    )
                                    )
V.                                  )
                                    )
JEFFREY L. BAYKO, LISA J. BAYKO,    )
HELEN E. BAYKO, MICHAEL J. BAYKO,   )
HANS HAILEY, AND THE UNITED         )
STATES OF AMERICA,                  )
                       Defendant    )
_____ )

**DEFENDANT LISA BAYKO'S**
**MOTION FOR RECONSIDERATION AS TO THE**
**MAGISTRATES DECISION DATED AUGUST 30, 2007**

The Defendant Lisa Bayko moves this Court to reconsider it recommendation dated August 30, 2007. The reasons for said request are as follows:

1.   The United States of America does not have a perfected lien, having filed the Federal Tax Lien in the wrong County. 26 U.S.C. 6323 (f) requires compliance with the laws of the Commonwealth of Massachusetts and hence M.G.L. c. 36 section 24, requires that a notice of a federal tax lien to be filed in the Commonwealth or any other federal lien on any real property or fixtures shall be filed with the Register of Deeds of the county in which such real property or fixtures is situated.

1

2.      Lisa Bayko's judgment lien takes priority over the I.R.S. lien having met the requirements of M.G.L. c. 208 section 34A and M.G.L. c.184 section 15, since the IRS had actual non-recorded notice of the Judgment of Divorce Nisi prior to it perfecting its lien.

3.      A Declaration of Homestead was filed and recorded with the Essex County registry of Deeds on December 7, 2001, prior to the recording of any I.R.S. liens or assessments. The Declaration of Homestead, giving Lisa Bayko the protections afforded under M.G.L. c.188 section 1, takes priority over the tax liens and arguably the lien of Attorney Hans Hailey. **United States v. Rodgers, 461 U.S. 677 (1983).** (Counsel for Lisa Bayko was unaware of the existence of the homestead and was not apprised of it until September 4, 2007).

The Defendant Lisa Bayko relies upon the Statement of Facts as stated in her motion for summary judgment and additional facts stated herein.

**ADDITIONAL STATEMENT OF FACTS**

1.      The Defendant Lisa Bayko had filed and recorded a Homestead pursuant to M.G.L. c. 188 section 1. Said Homestead was recorded with the Essex County Registry of Deeds on December 7, 2001.

2.      The Declaration of Homestead was filed while Lisa Bayko was married to Jeffrey Bayko, December 7, 2001, and prior to the entry of the Judgment of Divorce Nisi, May 22, 2002.

3.      At the time of recordation of the Declaration of Homestead, Lisa Bayko occupied the residence.

4.      The Homestead was filed and recorded prior to the Internal Revenue Service Liens or Assessments.

In support of the Defendant Lisa Bayko's Statement of Additional Facts:

1.      Certified and Attested Declaration of Homestead dated December 4, 2001 as recorded with the Essex County Registry of Deeds on December 7, 2001.

**WHERFORE**, the Defendant Lisa Bayko respectfully requests that this Honorable Court reconsider its recommendation.

Respectfully submitted, The Defendant, Lisa J. Bayko by her Counsel,

/s/ CHRISTINE ANN FARO

_____
CHRISTINE ANN FARO
BBO #  552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

CERTIFICATE OF SERVICE

I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 10th day of September 2007, I served a copy of the Defendant Lisa J. Bayko's Motion for Reconsideration with regards to the Magistrates recommendation dated August 30, 2007 upon the parties of record by serving a copy of the same upon their counsel of record by e-mail as follows:

Attorney Gene R. Charny
Attorney Hans Hailey                    Attorney Timothy Sullivan
225 Friend Street                       Andover Law, P.C.
Boston, MA 02144                         451 Andover Street
                                        Andover, MA 01845

Pamela Grewal
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044             /S/ CHRISTINE ANN FARO
                                   _____
                                   CHRISTINE ANN FARO

3

# DECLARATION OF HOMESTEAD


2001120700289 Bk:18000 Pg:342
12/07/2001 09:46:00 DHOME Pg 1/1

I, LISA J. BAYKO, of 7A Graham Avenue, Newbury, Massachusetts, owning and occupying as my principal residence the real estate at Graham Avenue, Lot 39, a/k/a 7A Graham Avenue, Newbury, Massachusetts, acquired by me by deed from Michael J. Bayko and Helen E. Bayko, dated April 26, 1985, and recorded in Book 7731, Page 545, at the Essex South District Registry of Deeds, hereby declare a homestead in said premises under the provision of Chapter 188, Section 1 of the General Laws of Massachusetts.

I expressly reserve the right to myself and to my Executor or Administrator to revoke and rescind this Homestead as to myself and my minor, unmarried children.

Executed as a sealed instrument this 4th day of December, 2001.

_____
LISA J. BAYKO

## COMMONWEALTH OF MASSACHUSETTS

Essex, ss.                                         December 4, 2001

Then personally appeared the above-named Lisa J. Bayko, known to me to be the person who executed the foregoing instrument and acknowledged the same to be her free act and deed, before me,

_____
Notary Public
My Commission Expires: 11/12/2005

COMMONWEALTH OF MASSACHUSETTS
ESSEX REGISTRY OF DEEDS, SO. DIST., SALEM, MASS
ESSEX SS    Sept 6         20 0 7
A TRUE COPY OF RECORD:
BOOK 18000 PAGE 342
ATTEST:

_____ REGISTER