UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION, | ) |
| Plaintiff | ) |
|  | ) |
|  | ) |
| V. | ) |
|  | ) |
| JEFFREY L. BAYKO, LISA J. BAYKO, | ) |
| HELEN E. BAYKO, MICHAEL J. BAYKO, | ) |
| HANS HAILEY, AND THE UNITED | ) |
| STATES OF AMERICA, | ) |
| Defendant | ) |

**LISA BAYKO'S RESPONSE TO
HELEN BAYKO AND MICHAEL BAYKO'S
OBJECTIONS TO JUDGE MAGISTRATE BOWLERS REPORT AND
RECOMMENDATION DATED AUGUST 30, 2007**

Now comes Lisa Bayko and hereby opposes Helen Bayko and Michael Bayko's Objection to Judge Magistrate Bowler's Report and recommendation dated August 30, 2007. As reason for said opposition, Lisa Bayko relies upon her motion for summary judgment as to Helen Bayko and Michael Bayko dated May 19, 2006 and memorandum of law in support thereof and the reports and recommendations of United States Magistrate Judge Marianne Bowler dated August 10, 2006 and those portions of the report and recommendation dated August 30, 2007 related to Helen Bayko and Michael Bayko. Lisa Bayko further states that Magistrate Judge Bowler's recommendation as to

Helen Bayko and Michael Bayko is consistent with the laws of the Commonwealth of Massachusetts.

                                                    Respectfully submitted, Lisa J. Bayko by her Counsel,

                                                   /s/ CHRISTINE ANN FARO
                                                   _____

                                                   CHRISTINE ANN FARO
                                                   BBO # 552541
                                                   79 State Street
                                                   Newburyport, MA 01950
                                                   (978) 462-4833

                                  CERTIFICATE OF SERVICE

     I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 11th day of September 2007, I served a copy of the Defendant Lisa J. Bayko's Opposition to Helen Bayko and Michael Bayko's Objections to Judge Magistrate Bowler's report and Recommendation dated August 30, 2007 by serving a copy of the same upon their counsel of record by e-filing as follows:

Attorney Gene R. Charny
Law Offices of Hans Hailey                               Attorney Timothy Sullivan
225 Friend Street                                                Andover Law, P.C.
Boston, MA 02144                                                451 Andover Street
                                                                        Andover, MA 01845

Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55,
Ben Franklin Station
Washington, D.C. 20044

                                                     /S/ CHRISTINE ANN FARO
                                                   _____
                                                 CHRISTINE ANN FARO