UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746 GAO

|  |  |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>                             Plaintiff<br><br>V.<br><br>JEFFREY L. BAYKO, LISA J. BAYKO,<br>HELEN E. BAYKO, MICHAEL J. BAYKO,<br>HANS HAILEY, AND THE UNITED<br>STATES OF AMERICA,<br>                             Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT LISA BAYKO'S MOTION TO
INCORPORATE AS PART OF THE JUDGMENT
$10,220.90 PAID TO DEPARTMENT OF REVENUE
AND REQUEST FOR HEARING TO ASSESS
ATTORNEY HANS HAILEY'S FEES**

Now comes the Defendant Lisa J. Bayko and hereby requests that this Honorable Court incorporate as part of the judgment the $10,220.90 paid out of her share of the surplus to the Department of Revenue for Jeffrey L. Bayko's State Tax Liabilities. As stated in Judge Bowler's recommendations and in the Interpleader Complaint of GMAC, Lisa J. Bayko paid said sums without prejudice and with the right to seek reimbursement. Lisa Bayko agreed to pay said sum so as to remove the jurisdictional issue. It would be unfair and inequitable for this Court to deny her this

1

sum and penalize her for doing something that allowed the litigation to continue and that was in the best interest of all parties.

The Defendant Lisa J. Bayko is requesting a hearing on Attorney Hans Hailey's Attorney's Lien. As stated in her motion for reconsideration, Hans Hailey has failed to produce any documentation in discovery with regards to his fees, including billable hours and rate for hours charged. Attorney Hans Hailey stated on a financial statement dated May 2002 that his fees to be incurred were to be between $30,000.00 and $40,000.00. Attorney Hailey had already received $18,688.59 in payments from Helen Bayko and Michael Bayko in addition to the initial $1,500.00 retainer. (This was a one asset divorce case that was settled short of trial). Lisa Bayko's request is proper and not untimely. **Herbert v. Wicklund**, 744 F.2d 218, 223 (C.A.Mass.1984).

**WHEREFORE**, the Defendant Lisa Bayko respectfully requests that this Honorable Court:

1. Incorporate into its judgment that Lisa J. Bayko be paid $10,220.90 out of Jeffrey L. Bayko's share of the surplus; and

2. Order a hearing as to Attorney's Fees by Hans Hailey with regards to his Attorney's Lien.

        Respectfully submitted, The Defendant, Lisa J. Bayko by her Counsel,

/S/ CHRISTINE ANN FARO
_____

CHRISTINE ANN FARO
BBO #  552541
79 State Street
Newburyport, MA 01950
(978) 462-4833

CERTIFICATE OF SERVICE

     I, Christine Ann Faro, attorney for the Defendant, hereby certify that on this 28th day of September, 2007, I served a copy of the Defendant Lisa J. Bayko's Response to the Opposition of Hans Hailey with regards to her Motion to Incorporate as Part of the Judgment $10,000.00 paid to Department of Revenue and a Request for a Hearing on Hans Hailey's Attorney's Fees upon the parties of record by serving a copy of the same upon their counsel of record by e-mail as follows:

Attorney Gene R. Charny  
Attorney Hans Hailey  
225 Friend Street  
Boston, MA 02144  

Attorney Timothy Sullivan  
Andover Law, P.C.  
451 Andover Street  
Andover, MA 01845  

Pamela Grewal  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 55,  
Ben Franklin Station  
Washington, D.C. 20044  

        /S/ CHRISTINE ANN FARO  
        CHRISTINE ANN FARO