## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.  05-11746GAO

| |
|---|
| **GMAC MORTGAGE CORPORATION,** <br>    Plaintiff <br><br> v. <br><br> **JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,** <br>    Defendants |

### DEFENDANT HANS R. HAILEY'S OPPOSITION TO DEFENDANT LISA BAYKO'S MOTION TO INCORPORATE AS PART OF THE JUDGMENT $10,220.90 PAID TO DEPARTMENT OF REVENUE AND REQUEST FOR HEARING TO ASSESS ATTORNEY HANS HAILEY'S FEES

The defendant, Hans R. Hailey, respectfully opposes Defendant Lisa Bayko's Motion to Incorporate as Part of the Judgment $10,220.90 Paid to Department of Revenue and Request for Hearing to Assess Attorney Hans Hailey's Fees.

Lisa Bayko mis-states  Magistrate Bowler by saying "and with the right to seek reimbursement."  Magistrate Bowler in both of her Report and Recommendations says that "Lisa Bayko alleges that her payment was made to remove the jurisdictional issue

with the DOR while reserving her right to claim a lien against Jeffrey Bayko."

Lisa Bayko has never filed a lien against Jeffrey Bayko for the $10,220.90 paid to Department of Revenue. While she has included this amount in her Summary Judgment Motions, both motions were denied.

As to the request for an assessment of Hailey's attorney's lien, not only is it irrelevant, but this is the first time she has requested it.

Following Judge O'Toole's reasoning in his Opinion and Order about raising for the first time arguments this late in the litigation, Lisa Bayko's Motion to Incorporate as Part of the Judgment $10,220.90 Paid to Department of Revenue and Request for Hearing to Assess Attorney Hans Hailey's Fees must be denied.


Dated: September 27, 2007                    Respectfully submitted,
                                             For the Plaintiff:


                                             /S/ Gene R. Charny
                                             Gene R. Charny

# CERTIFICATE OF SERVICE

I, Gene R. Charny, attorney for the defendant, Hans R. Hailey, hereby certify that on this 27th day of September, 2007, I served copies of **Defendant Hans R. Hailey's Opposition to Defendant Lisa Bayko's Motion to Incorporate as Part of the Judgment $10,220.90 Paid to Department of Revenue and Request for Hearing to Assess Attorney Hans Hailey's Fees ,** by e-filing to the following;

Christine A. Faro, Esq.  
79 State Street  
Newburyport, Massachusetts 01950

Timothy Sullivan, Esq.  
Andover Law, P.C.  
451 Andover Street  
Andover, Massachusetts 01845

Pamela Grewal  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 55  
Ben Franklin Station  
Washington, D.C. 20044

/S/ Gene R. Charny  
Gene R. Charny