IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GMAC MORTGAGE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY L. BAYKO, SR., et al., )<br>)<br>Defendants. | Civil No. 05-11746-GAO |

JUDGMENT FOR DISTRIBUTION OF PROCEEDS
FROM JEFFREY BAYKO'S SHARE OF THE MARITAL PROPERTY

Pursuant to the Opinion and Order dated September 21, 2007, Jeffrey Bayko's share of the surplus proceeds from the sale of the former marital home shall be divided as follows:

1.  Hans R. Hailey's attorneys lien in the amount of $33,902.34, plus interest of $28,104.49, or such lesser amount as determined by the Court in its decision on Defendant Lisa Bayko's Motion to Incorporate As Part of the Judgment $10,220.90 Paid to Department of Revenue and Request For Hearing To Assess Attorneys Fees of Hans Hailey, shall be paid first; and

2.  The balance of the funds shall be paid to the United States.

 

_____
HONORABLE GEORGE A. O'TOOLE, JR.
United States District Court Judge

2456081.1