# Law Offices of Hans R. Hailey
Attorneys at Law
225 Friend Street, 5th Floor
Boston, Massachusetts 02114

hhailey@rcn.com            (617) 723-4010  Fax (617) 720-6012            www.haileylaw.com
_____

**Hans R. Hailey**
**Gene R. Charny**


Hon. G. O'Toole
US District Court
Massachusetts District
1 Courthouse Way
Boston, Massachusetts 02210

Re: *GMAC v. Jeffrey Bayko, et al*, Civil Action NO. 05-11746-GAO

Dear Judge O'Toole:

    After much discussion, my client, Hans R. Hailey, and the United States of America are unable to agree on the wording of a proposed judgment as you have ordered. We have agreed to each submit a proposed judgment.

    As you see, the difference is the wording regarding the most recent motion filed by Defendant Lisa Bayko. The United States believes the wording is essential, we do not. Therefore, we ask that you make the final decision.

    Thank you for your consideration of this matter.

                                                     Very truly yours,


                                                     Gene R. Charny

GRC/at
Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-11746GAO

GMAC MORTGAGE CORPORATION,
   Plaintiff

v.

JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,
   Defendants

## JUDGMENT

Pursuant to the Opinion and Order dated September 21, 2007, Jeffrey Bayko's share of the surplus proceeds from the sale of the former marital home shall be divided as follows:

   Hans R. Hailey receives $62,006.73, principal and interest; and

   The United States receives the rest and remainder of the funds being held in escrow.

```
                                   _____
                                   George A. O'Toole Jr.
                                   United States District Judge
```