UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE CORPORATION
        Plaintiff(s)

v.                        CIVIL ACTION NO. 05-11746-GAO

JEFFREY L. BAYKO SR., LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, and THE UNITED STATES OF AMERICA
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Order, dated December 12, 2007, Lisa Bayko's motion (dkt. No. 92) is GRANTED IN PART and DENIED IN PART. Although I will not hold a hearing on Hans Hailey's attorney's lien, I do find that Lisa Bayko may recover the amount paid in satisfaction of Jeffrey Bayko's debt to the Commonwealth of Massachusetts. Therefore, I find that first Lisa Bayko shall be paid $10,220.90, after which Hans Hailey shall be paid $62,006.83 and finally, the United States shall be paid the balance of the funds. Judgment shall enter accordingly.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 12/12/07                     By /s/ Paul Lyness
                                                      Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)