UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  05-11746GAO

| | |
|---|---|
| GMAC MORTGAGE CORPORATION,<br>   Plaintiff<br><br>v.<br><br>JEFFREY L. BAYKO, SR., LISA J. BAYKO, HELENE. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, AND THE UNITED STATES OF AMERICA,<br>   Defendants | |

**DEFENDANT HANS R. HAILEY'S MOTION
FOR PARTIAL DISTRIBUTION OF FUNDS**

     Pursuant to the Judgment dated December 12, 2007, the Defendant, Hans R. Hailey ("Hailey") respectfully requests that the Court order the immediate distribution to Hans R. Hailey of Sixty-Two Thousand, Six Dollars and Eighty-Three Cents, ($62,006.83), plus interest from December 12, 2007 as computed by the clerk.

     For reasons, the Defendant states that approximately $101,923 is being held by the clerk in escrow pending a final order by the Court.  The Judgment dated December 12, 2007 is a final judgment and has never been appealed.  Yet a succession of motions filed by Lisa Bayko has prevented the clerk from distributing any portion of the funds.

     From the time of Magistrate Bowler's first Report and Recommendation dated

August 10, 2006, which was adopted by Judge O'Toole in his Opinion and Order, dated September 21, 2007, Hailey's position as first priority has never been at issue. However, since August 2006 Lisa Bayko has filed several motions, all of which have been denied, prolonging the litigation and unjustly delaying the payment to Hailey. Another such motion is pending.[1]

Of the approximately $101,923 in the account held by the Court, Hailey's portion is $62,006.83 plus interest accrued from December 12, 2007, the date of the judgment. Lisa Bayko currently seeks an additional $10,000.[2] After payment of Hailey's portion, sufficient funds will remain to pay what Lisa Bayko seeks in her pending motion. Therefore, the allowance of this motion will not prejudice her. Nor will it prejudice the Internal Revenue Service, the remaining defendant, because Hailey's position takes priority.

Any remaining dispute involves only the funds which remain after payment of Hailey' portion. There is no just reason to delay that payment.

Wherefore, the Defendant, Hans R. Hailey, requests the Court to order the immediate distribution to Hans R. Hailey of Sixty-Two Thousand, Six Dollars and Eighty-Three Cents, ($62,006.83), plus interest from December 12, 2007.

---

[1] On February 21, 2008 she filed a Motion for Reconsideration which was denied. On March 13, 2008 she filed a Motion for Clarification, which was denied and on March 31, 2008 she filed a Motion to Amend Judgment, Fed. R. Civ. P. 60(b)(1)(6), which is pending.

[2] She is entitled to the first $10,220.90 pursuant to the December 12, 2007 Judgment.

Dated: April 3, 2008               Respectfully submitted,
                                   For the Defendant:


                                   /S/ Gene R. Charny

                                   _____
                                   Gene R. Charny
                                   Law Offices of Hans R. Hailey
                                   225 Friend Street, 5th Floor
                                   Boston, Massachusetts 02114
                                   617-723-4010
                                   BBO #641129


## CERTIFICATE OF SERVICE

     I, Gene R. Charny, attorney for the defendant, Hans R. Hailey, hereby certify that on this 3rd day of April, 2008, I served copies of Defendant Hans R. Hailey's Motion for Partial Distribution of Funds by e-filing to the following;

Christine A. Faro, Esq.                      Timothy Sullivan, Esq.
79 State Street                              Andover Law, P.C.
Newburyport, Massachusetts 01950             451 Andover Street
                                             Andover, Massachusetts 01845

Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044


                                   /S/ Gene R. Charny
                                   _____
                                   Gene R. Charny