UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11746-GAO

GMAC MORTGAGE CORPORATION,
Plaintiff

v.

JEFFREY L. BAYKO, LISA J. BAYKO,
HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, and
THE UNITED STATES OF AMERICA,
Defendants.

ORDER
May 16, 2008

O'TOOLE, D.J.

Lisa Bayko has brought a motion styled as a "Motion for Relief from Judgment Pursuant Fed. R. Civ. P. 60(b)(1)(6)," which I interpret as seeking relief under either Rule 60(b)(1) (permitting relief from a final judgment for "mistake, inadvertence, surprise or excusable neglect") or Rule 60(b)(6) (permitting such relief for "any other reason that justifies relief"). Although I have previously denied a motion characterized as one for "clarification" of the judgment on the ground that it was an untimely Rule 59(e) motion to alter or amend the judgment, I now conclude on review of the prior proceedings in the case that the final judgment entered December 17, 2007 mistakenly omitted to address a portion of the interpleader fund that was not the subject of the parties' vigorous litigation.

In the course of this case, the interested parties asserted competing claims to Jeffrey Bayko's share of the interpleader proceeds, hardly ever addressing Lisa Bayko's claim to her share of the proceeds, which amounted to $10,000. It appears that this distinction between Lisa Bayko's share of the proceeds and Jeffrey Bayko's share was not accurately reflected in the judgment. Accordingly,

the motion to correct the omission is GRANTED. A new amended judgment shall be entered ordering

the proceeds held by the Clerk to be distributed as follows:

1.    First, Lisa Bayko shall be paid $10,000 representing the balance of her share

of the interpleader sum;

2.    Second, Lisa Bayko shall be paid $10,220.90 representing reimbursement for

her satisfaction of Jeffrey Bayko's debt to the Commonwealth of

Massachusetts in order to overcome a jurisdictional stalemate;

3.    Third, Hans Hailey shall be paid $62,006.83 in satisfaction of his attorney's

lien;

4.    Fourth, the United States shall be paid the balance of the interpleader funds.

IT IS SO ORDERED.


/s/ George A. O'Toole, Jr.
United States District Judge