UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GMAC MORTGAGE CORPORATION
       Plaintiff(s)

v.                                     CIVIL ACTION NO. 05-11746-GAO

JEFFREY L. BAYKO, LISA J. BAYKO, HELEN E. BAYKO, MICHAEL J. BAYKO, HANS R. HAILEY, and THE UNITED STATES OF AMERICA
       Defendant(s)

**AMENDED JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

    IT IS ORDERED AND ADJUDGED

    Pursuant to the court's Order, dated May 16, 2008, Lisa Baykos's motion (#103) is GRANTED. A new amended judgment shall be entered ordering the proceeds held by the clerk to be distributed as follows:

    First, Lisa Bayko shall be paid $10,000 representing the balance of her share of the interpleader sum;

    Second, Lisa Bayko shall be paid $10,220.90 representing reimbursement for her satisfaction of Jeffrey Bayko's debt to the Commonwealth of Massachusetts in order to overcome a jurisdictional stalemate;

    Third, Hans Hailey shall be paid $62,006.83 in satisfaction of his attorney's lien;

    Fourth, the United States shall be paid the balance of the interpleader funds.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 5/16/08                           By /s/ Paul Lyness
                                                 Deputy Clerk